B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Hypnotic Taxi LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-1886632** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**330 Butler Street**<br>**Brooklyn, NY**<br>ZIP Code **11217** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hypnotic Taxi LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Hypnotic Taxi LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ Fred Stevens**
Signature of Attorney for Debtor(s)

**Fred Stevens**
Printed Name of Attorney for Debtor(s)

**Klestadt Winters Jureller Southard & Stevens LLP**
Firm Name

**570 Seventh Avenue, 17th Floor**
**New York, NY 10018**

Address

**Email: fstevens@klestadt.com**
**212-972-3000  Fax: 212-972-2245**
Telephone Number

**July 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Evgeny Freidman**
Signature of Authorized Individual

**Evgeny Freidman**
Printed Name of Authorized Individual

**Sole and Managing Member**
Title of Authorized Individual

**July 21, 2015**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Attachment to Chapter 11 Petition**

**Pending Bankruptcy Case Filed By Any Spouse, Partner or Affiliate of Debtor
Filed in the United States Bankruptcy Court, Eastern District of New York**

| | | |
|---|---|---|
| Hypnotic Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Vodka Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Pudding Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Chopard Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Iceberg Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Milkyway Cab Corp. | Filed 7/22/2015 | Case No. 15- |
| VSOP Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Cupcake Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Dorit Transit Inc. | Filed 7/22/2015 | Case No. 15- |
| Hennessey Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Candy Apple Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Stoli Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Pointer Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Palermo Taxi Inc. | Filed 7/22/2015 | Case No. 15- |
| Marseille Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Bombshell Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Merlot Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| France Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Bourbon Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Chianti Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Pinot Noir Taxi LLC | Filed 7/22/2015 | Case No. 15- |
| Butterfly Taxi LLC | Filed 7/22/2015 | Case No. 15- |

## HYPNOTIC TAXI, LLC

The undersigned sole and managing member of Hypnotic Taxi, LLC, a limited liability company duly organized and existing under the laws of the State of New York (the "Company"), hereby certifies that based on the unanimous consent expressed below, on the 21st day of July, 2015; that the following resolutions were adopted and are in full force and effect:

**WHEREAS**, the Company has evaluated its options in connection with a possible restructuring and has determined that the filing of a voluntary petition (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company;

**BE IT THEREFORE RESOLVED**, that the Company be, and hereby is, authorized to file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and

**RESOLVED**, that Evgeny Freidman is authorized on behalf of the Company and directed to execute and deliver all documents necessary to perfect and prosecute any of the activities contemplated and authorized in the first resolution herein, including, but not limited to, the filing of a chapter 11 voluntary bankruptcy petition; and it is further

**RESOLVED**, that Evgeny Freidman is authorized on behalf of the Company and directed to retain the law firm of Klestadt Winters Jureller Southard and Stevens, LLP, with offices located at 570 Seventh Avenue, 17th Floor, New York, New York 10018, to represent the Company as its general chapter 11 bankruptcy counsel; and it is further

**RESOLVED,** that Joshua Rizack, Senior Managing Director of The Rising Group Consulting, Inc. ("TRCG") be, and hereby is, appointed as Chief Restructuring Officer of the Company ("Chief Restructuring Officer"), upon such terms and conditions as Evgeny Freidman shall approve, to take all actions deemed reasonably necessary, proper or desirable in the exercise of Mr. Rizack's business judgment to maximize the value of the Company's assets and recoveries to creditors and stakeholders including, without limitation, to (i) supervise the day-to-day management of the Debtors as debtors in possession in these bankruptcy cases, (ii) manage and direct the preparation of debtor in possession financing, (iii) prepare Debtors' business plan and reporting requirements of the Chapter 11 cases as required by applicable bankruptcy rules and US Trustee Guidelines, (iv) seek any and all relief from the Bankruptcy Court in the prosecution of the chapter 11 proceedings, and (v) perform other duties customary to a chief restructuring officer; and it is further

**RESOLVED**, that Joshua Rizack is authorized on behalf of the Company to retain such other professionals as may be necessary, in his reasonable discretion, to assist the Company in its chapter 11 case.

I further certify that the authority conferred is not inconsistent with the provisions of the Company's operative documents.

Dated: New York, New York
       July 21, 2015

                                        */s/ Evgeny Freidman*
                                        Evgeny Freidman

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Fred Stevens
Sean Southard
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

*Proposed Counsel to Hypnotic Taxi, LLC,*
*Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                    :          Chapter 11
                                                         :
HYPNOTIC TAXI, LLC,                                      :          Case No. 15-_____ (____)
                                                         :
                        Debtor.                          :
-------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 1007(a)(4) AND LOCAL BANKRUPTCY RULE 1007-3**

Hypnotic Taxi, LLC ("Hypnotic" or the "Debtor"), the above-captioned debtor and debtor in possession, hereby files this Corporate Ownership Statement pursuant Federal Rule of Bankruptcy Procedure 1007(a)(4) and Rule 1007-3 Local Bankruptcy Rules for the Southern District of New York.

Upon information and belief, the undersigned representative of the Debtor states that no corporation, directly or indirectly owns 10% or more of any class of the Debtor's equity interests and there is no corporation, general or limited partnership or joint venture in which the Debtor directly or indirectly owns an equity interest.

I declare under penalty of perjury that the foregoing is true and correct.

                                            */s/ Evgeny Freidman*
                                            Evgeny Freidman, Managing Member

Sworn to before me this
21st day of July, 2015


 */s/ Maeghan Joan McLoughlin*
Notary Public, State of New York
No. 02MC6264826
Qualified in Orange County
Commission Expires July 2, 2016