# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 7/23/2015 |
| Case: 1−15−43300−cec | Form ID: 272 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty        Fred Stevens          fstevens@klestadt.com
aty        Maeghan McLoughlin        mmcloughlin@klestadt.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Hypnotic Taxi LLC        330 Butler Street        Brooklyn, NY 11217
smg        Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office
          Building        201 Varick Street, Suite 1006        New York, NY 10014

TOTAL: 2