B1 (Official Form 1) (04/13)

| **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hypnotic Taxi LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**330 Butler Street**<br>**Brooklyn, NY**<br>ZIPCODE **11217** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                        Nonmain Proceeding |

Type of Debtor (Form of Organization) (Check **one** box.) — Chapter 15 Debtor — Country of debtor's center of main interests: — Each country in which a foreign proceeding by, regarding, or against debtor is pending:

Tax-Exempt Entity (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

Nature of Debts (Check one box.) ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☑ Debts are primarily business debts.

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Hypnotic Taxi LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Hypnotic Taxi LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X */s/ Fred Stevens*
Signature of Attorney for Debtor(s)

**Fred Stevens**
**Klestadt Winters Jureller**
**Southard & Stevens, LLP**
**570 Seventh Avenue, 17th Floor**
**New York, NY 10018**
**(212) 972-3000  Fax: (212) 972-2245**
**fstevens@klestadt.com**

**August 5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Joshua Rizack*
Signature of Authorized Individual

**Joshua Rizack**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**August 5, 2015**
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                Case No. **15-43300**

**Hypnotic Taxi LLC**                                     Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 14th Floor**<br>**Long Island City, NY  11120** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **1,500,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**1,500,000.00** |
| **NY State Department Of Tax**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Brooklyn, NY  11205** | | | **Disputed** | **41,530.41**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**41,530.41** |
| **Juan Abreu**<br>**765 FDR Drive**<br>**New York, NY  10009** | | | **Disputed** | **6,586.15** |
| **Stanley Gavriel**<br>**102-30 67th Avenue**<br>**Forest Hills, NY  11375** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **5,067.42** |
| **Vivian Simon**<br>**290 S. 111th Street**<br>**Newark, NJ  07103** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | **3,929.13** |
| **DHD Medical PC**<br>**48 E. 43rd Street**<br>**New York, NY  10017** | | | **Disputed** | **2,950.27** |
| **NYC Department Of Finance**<br>**345 Adams Street, 10th Floor**<br>**Brooklyn, NY  11201** | | | **Disputed** | **2,928.43**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**2,928.43** |
| **Masoud Ahmed**<br>**714 Ocean View Avenue**<br>**Brooklyn, NY  11235** | | | **Disputed** | **2,650.60** |
| **Steven Struhl, MD**<br>**681 Lexington Avenue, 5th Floor**<br>**New York, NY  10022** | **(212) 207-1990** | | **Disputed** | **2,262.28** |
| **Stand-Up MRI Of Manhattan PC**<br>**PO Box 170**<br>**Farmingdale, NY  11735** | | | **Disputed** | **1,537.67** |
| **Lenox Hill Radiology**<br>**C/O Baker Sanders**<br>**100 Garden City Plaza**<br>**Garden City, NY  11530** | | | | **486.68** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Experience Claims Management LLC**<br>**PO Box 180460**<br>**Richmond Hill, NY  11418** | | **480.00** |
| **Gregory S. Root, Esq.**<br>**380 Lexington Avenue, Suite 1700**<br>**New York, NY  10168** | | **375.00** |
| **Beth Israel Medical Center**<br>**PO Box 95000-5380**<br>**Philadelphia, PA  19195** | **Disputed** | **219.25** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **August  5, 2015**                     Signature:  ***/s/ Joshua Rizack***

**Joshua Rizack, Chief Restructuring Officer**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                   Case No. **15-43300**

**Hypnotic Taxi LLC**                                     Chapter **11**

                         Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 1,941,314.58 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 2,798,857.32 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $ 26,544.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 17 | $ 1,941,314.58 | $ 2,825,401.77 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6A (Official Form 6A) (12/07)**

**IN RE** **Hypnotic Taxi LLC**                                                                  Case No. **15-43300**
                              Debtor(s)                                                                                       (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Hypnotic Taxi LLC                                                    Case No. **15-43300**

Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Reimbursement insurance policy on tort claims with American Country Insurance Co.** | | **0.00** |
| | | **Surety bond as guarantor for self-insurance on property damage, tort claims and no fault, issued by Washington International Insurance Co.** | | **0.00** |
| | | **Workers' Compensation and Employers' Liability Insurance Policy for Taxi Drivers (Hereford Insurance Company - Policy #208WC12987)** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Hypnotic Taxi LLC
Debtor(s)

Case No. **15-43300**
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Loan to shareholder per 2013 tax return. | | 21,114.58 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Taxi Cab Medallions #3P43 and #3P44 | | 1,900,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2013 Ford CMS (VIN #1FADP5AU2DL519069) Related to Medallion 3P43 | | 10,000.00 |
| | | 2013 Toyota Camry (VIN #41T1BD1FK6DU077932) Related to Medallion 3P44 | | 10,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Hypnotic Taxi LLC**                                                      Case No. **15-43300**
                        Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

**TOTAL**      1,941,314.58

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Hypnotic Taxi LLC**                                                                          Case No. **15-43300**
Debtor(s)                                                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

**IN RE** Hypnotic Taxi LLC _____    Case No. **15-43300**
_____ Debtor(s) _____    _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** | X | | **January 31, 2012**<br><br>**License**<br><br>**New York City Tax Medallion #3P43 and #3P44**<br><br>VALUE $ **1,900,000.00** | X | X | X | **1,254,398.48** | |
| ACCOUNT NO.<br><br>**Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 14th Floor**<br>**Long Island City, NY  11120** | X | | **July 1, 2013**<br><br>**Guaranty of $1.5 million revolving credit note of Taxi Club Management (joint & several wtih Medallion borrowers)**<br><br>VALUE $ | X | X | X | **1,500,000.00** | **1,500,000.00** |
| ACCOUNT NO.<br><br>**COTMF T/A Capital One**<br>**265 Broadhollow Road**<br>**Melville, NY  11747** | | | **October 18, 2013**<br><br>**2013 Toyota Camry (VIN # 4T1BD1FK6DU077932) Related to Medallion 3P44**<br><br>VALUE $ **10,200.00** | | | | **0.00** | |
| ACCOUNT NO.<br><br>**Ford Motor Credit Co.**<br>**PO Box 105704**<br>**Atlanta, GA  30348** | | | **2013 Ford CMS (VIN #1FADP5AU2DL519069) Related to Medallion 3P43**<br><br>VALUE $ **10,000.00** | | | | **0.00** | |

___**1**___ continuation sheets attached

Subtotal
(Total of this page) $ **2,754,398.48**    $ **1,500,000.00**

Total
(Use only on last page) $ _____    $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Hypnotic Taxi LLC**
_____
Debtor(s)

Case No. **15-43300**
_____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **NY State Department Of Tax Bankruptcy Section PO Box 5300 Brooklyn, NY 11205** | | | **November 1, 2011 - April 7, 2015** <br><br> **(Including Taxicab and Hail Vehicle Trip Tax)** <br><br> VALUE $ | | | X | **41,530.41** | **41,530.41** |
| ACCOUNT NO. <br><br> **NYC Department Of Finance 345 Adams Street, 10th Floor Brooklyn, NY 11201** | | | <br><br><br> VALUE $ | | | X | **2,928.43** | **2,928.43** |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **44,458.84**   $ **44,458.84**

Total
(Use only on last page) $ **2,798,857.32** $ **1,544,458.84**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

**IN RE** Hypnotic Taxi LLC _____    Case No. **15-43300**
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____   **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Hypnotic Taxi LLC                                     Case No. **15-43300**
_____                          _____
              Debtor(s)                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aissa Bouzazou**<br>**5411 Woodside Avenue**<br>**Woodside, NY  11377** | | | **Personal Injury Claim** | X | | X | **unknown** |
| ACCOUNT NO.<br><br>**American Country Insurance Co.**<br>**701 4th Avenue South, Suite 1620**<br>**Minneapolis, MN  55415** | | | **Excess no-fault insurance** | | X | | **unknown** |
| ACCOUNT NO.<br><br>**Beinaldo Romero**<br>**17 Laurer Drive**<br>**Mineola, NY  11501** | | | **Personal Injury Claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Beth Israel Medical Center**<br>**PO Box 95000-5380**<br>**Philadelphia, PA  19195** | | | **Regarding personal injury claimant, Juan Abreu** | | | X | **219.25** |

**4** continuation sheets attached

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | $ **219.25** |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Hypnotic Taxi LLC                                                      Case No. **15-43300**
_____                              _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Carlos Reyes**<br>**1280 Langdon Blvd.**<br>**Rockville Centre, NY  11570** | | | **Personal Injury Claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**DHD Medical PC**<br>**48 E. 43rd Street**<br>**New York, NY  10017** | | | **Regarding personal injury claimant, Juan Abreu.** | | | X | **2,950.27** |
| ACCOUNT NO.<br><br>**Experience Claims Management LLC**<br>**PO Box 180460**<br>**Richmond Hill, NY  11418** | | | | | | | **480.00** |
| ACCOUNT NO.<br><br>**Fleetwood Agency Inc.**<br>**65 Broadway, Suite 1104**<br>**New York, NY  00000** | | | | | | | **unknown** |
| ACCOUNT NO.<br><br>**Garden City Park**<br>**284 Denton Avenue**<br>**New Hyde Park, NY  11040** | | | **Personal Injury Claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Geico General Insurance Co.**<br>**60-05 Kissena Blvd.**<br>**Flushing, NY  11355** | | | **Subrogee - Stanley Gavriel** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Giavanis Taxi Inc.**<br>**33-21 21st Street**<br>**Long Island City, NY  11106** | | | **Personal Injury Claim** | X | X | X | **unknown** |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **3,430.27**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** **Hypnotic Taxi LLC**                                        Case No. **15-43300**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gregory S. Root, Esq.**<br>**380 Lexington Avenue, Suite 1700**<br>**New York, NY  10168** | | | | | | | **375.00** |
| ACCOUNT NO.<br><br>**Hereford Insurance Company**<br>**36-01 43rd Avenue**<br>**Long Island City, NY  11101** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Juan Abreu**<br>**765 FDR Drive**<br>**New York, NY  10009** | X | | **March 30, 2015**<br>**Personal Injury Claimant** | | | X | **6,586.15** |
| ACCOUNT NO.<br><br>**Lenox Hill Radiology**<br>**C/O Baker Sanders**<br>**100 Garden City Plaza**<br>**Garden City, NY  11530** | | | **Regarding personal injury claimant, Juan Abreu** | | | | **486.68** |
| ACCOUNT NO.<br><br>**Marm E. Adam**<br>**1915 East 5125 Street**<br>**Brooklyn, NY  11234** | | | **Personal Injury Claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Masoud Ahmed**<br>**714 Ocean View Avenue**<br>**Brooklyn, NY  11235** | X | | **December 31, 2012**<br>**Personal Injury Claimant** | | | X | **2,650.60** |
| ACCOUNT NO.<br><br>**Mazad Udin**<br>**67 Prospect Avenue**<br>**Brentwood, NY  11717** | | | **Personal Injury Claim** | X | X | X | **unknown** |

Sheet no. _____**2**__ of _____**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,098.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Hypnotic Taxi LLC                                                                 Case No. **15-43300**

_____                              _____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Soho Cab Corp.**<br>**43-10 39th Street**<br>**Sunnyside, NY  11104** | | | **Personal Injury Claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Stand-Up MRI Of Manhattan PC**<br>**PO Box 170**<br>**Farmingdale, NY  11735** | | | **Regarding personal injury claimant, Juan Abreu** | | | X | **1,537.67** |
| ACCOUNT NO.<br>**Stanley Gavriel**<br>**102-30 67th Avenue**<br>**Forest Hills, NY  11375** | X | | **April 17, 2013**<br>**Personal Injury Claimant** | X | X | X | **5,067.42** |
| ACCOUNT NO.<br>**Steven Struhl, MD**<br>**681 Lexington Avenue, 5th Floor**<br>**New York, NY  10022** | | | **Regarding personal injury claimant, Juan Abreu** | | | X | **2,262.28** |
| ACCOUNT NO.<br>**Sydney Scales**<br>**1026 E. 180th Street, Apt. 1D**<br>**Bronx, NY  10460** | | | | | | X | **unknown** |
| ACCOUNT NO.<br>**Thishawn J. Adams**<br>**1915 East 51st Street**<br>**Brooklyn, NY  11234** | | | **Personal Injury Claim** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Unity Fuels LLC**<br>**D/B/A Grease Lightning**<br>**225 Industrial Avenue**<br>**Ridgefield, NJ  07660** | | | **Personal Injury Claim** | X | X | X | **unknown** |

Sheet no. ____**3**___ of ____**4**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,867.37**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Hypnotic Taxi LLC _____    Case No. **15-43300** _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>**Vivian Simon**<br>**290 S. 111th Street**<br>**Newark, NJ  07103** | X | | **Personal Injury Claimant** | X | X | X | **3,929.13** |
| ACCOUNT NO.  <br>**Washington International Insurance Co.**<br>**475 N. Martingale Road, #850**<br>**Schaumburg, IL  60173** | | | | | | | **0.00** |
| ACCOUNT NO.  <br>**Wayne Pinkney**<br>**8209 Cagel Road**<br>**Fort Washington, MD  20744** | | | | | | X | **unknown** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to　　　　　　　　　　Subtotal　　$ | **3,929.13**
Schedule of Creditors Holding Unsecured Nonpriority Claims　　　　　　　　(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　　$ | **26,544.45**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

**IN RE** Hypnotic Taxi LLC                                                    Case No. **15-43300**
_____                              _____
Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Hypnotic Taxi LLC _____    Case No. **15-43300**
                                                                    Debtor(s)                                                                                        (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amadou Barry**<br>**245 Pearsall Avenue**<br>**Jersey City, NJ  07305** | **Masoud Ahmed**<br>**714 Ocean View Avenue**<br>**Brooklyn, NY  11235** |
| **Amadoul L. Barry**<br>**444 Madison Road, Apt. 6**<br>**Brooklyn, NY  11221** | **Juan Abreu**<br>**765 FDR Drive**<br>**New York, NY  10009** |
| **Bombshell Taxi LLC**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Bourbon Taxi LLC**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Butterfly Taxi LLC**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Candy Apple Taxi LLC**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Chianti Taxi LLC**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Chopard Taxi Inc.**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Cupcake Taxi LLC**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Dorit Transit Inc.**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Evgeny Freidman**<br>**136 East 65th Street**<br>**New York, NY  10021** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |
| **Evgeny Freidman**<br>**136 East 65th Street**<br>**New York, NY  10021** | **Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 14th Floor**<br>**Long Island City, NY  11120** |
| **France Taxi LLC** | **Citibank, N.A.** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Hypnotic Taxi LLC _____    Case No. **15-43300**

Debtor(s)                                                                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 330 Butler Street<br>Brooklyn, NY 11217 | C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Hennessey Taxi LLC<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Iceberg Taxi Inc.<br>330 Butler Street<br>Brooklyn, NY 10001 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Marseille Taxi LLC<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Mawomi Berete<br>96 93rd Street<br>Brooklyn, NY 11212 | Stanley Gavriel<br>102-30 67th Avenue<br>Forest Hills, NY 11375 |
| Merlot Taxi LLC<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Milkyway Cab Corp.<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Palermo Taxi Inc.<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Pinot Noir Taxi LLC<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Pointer Taxi LLC<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Pudding Taxi Inc.<br>330 Butler Street<br>Brooklyn, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Stoli Taxi LLC<br>330 Butler Street<br>New York, NY 11217 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Taxi Club Management<br>313 10th Avenue<br>New York, NY 10001 | Citibank, N.A.<br>C/O Citibank Middle Market Group<br>One Court Square, 42nd Floor<br>Long Island City, NY 11120 |
| Viatcheslav Roussakov<br>110 Parrott Place, Apt. 1<br>Brooklyn, NY 11228 | Vivian Simon<br>290 S. 111th Street<br>Newark, NJ 07103 |
| Vodka Taxi LLC | Citibank, N.A. |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Hypnotic Taxi LLC _____  Case No. **15-43300**

　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **330 Butler Street**<br>**Brooklyn, NY  11217**<br><br>**VSOP Taxi Inc.**<br>**330 Butler Street**<br>**Brooklyn, NY  11217** | **C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120**<br><br>**Citibank, N.A.**<br>**C/O Citibank Middle Market Group**<br>**One Court Square, 42nd Floor**<br>**Long Island City, NY  11120** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** **Hypnotic Taxi LLC** _____    Case No. **15-43300** _____
Debtor(s)                                                                 (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                                              Debtor

Date: _____    Signature: _____
                                                                                (Joint Debtor, if any)
                                                           [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Hypnotic Taxi LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August  5, 2015** _____    Signature: _/s/ Joshua Rizack_____

                                                              **Joshua Rizack**_____
                                                              (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of New York

IN RE:

Case No. **15-43300** _____

**Hypnotic Taxi LLC** _____

Chapter **11** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<em>DEFINITIONS</em>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| 0.00 | 2014 Tax Return on extension |
| 85,921.00 | 2013 Tax Return |
| 82,236.00 | 2012 Tax Return |
| 60,740.00 | 2011 Tax Return |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None    b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately
☑    preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑    who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐    bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citibank, N.A. v. Bombshell Taxi LLC, et. al.** **(Index No. 650691/2015)** | **Replevin/breach of contract** | **Supreme Court, New York County** | **Pending - removed to Federal Court on 7/29/2015** |
| **Juan Abreu v. Hypnotic Taxi LLC and Amadoul L. Barry (Case No. 150225/2015)** | **Personal Injury** | **Supreme Court, New York County** | **Recently Filed** |
| **Geico General Insurance Company, as Subrogee of Stanley Gavriel v. Hypnotic Taxi LLC and Mawomi Berete (Case No. 12434/2013)** | **Personal Injury** | **Civil Court, Queens County** | **Bench Trial Scheduled** |
| **Masgood Ahmed v. Hypnotic Taxi LLC and Amadou Barry (Case No. 26664/2012)** | **Personal Injury** | **Civil Court, Queen County** | **Bench Trial Scheduled** |
| **Liberty Mutual Insurance Company, as Subrogee of Vivian Simon v. Hypnotic Taxi LLC and Vitacheslav Roussakov (Case No. 12125/2014)** | **Personal Injury** | **Civil Court, Queens County** | **Pre-Trial Conference Scheduled** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑    the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑    the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

**6. Assignments and receiverships**

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑    (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and joint petition is not filed.)

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 7. Gifts

<sub>None</sub> ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

<sub>None</sub> ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

<sub>None</sub> ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Klestadt Winters Jureller Southard & Stevens, LLP 570 Seventh Avenue, 17th Floor New York, NY  10018-0000** | **7/17/2015** | **75,000.00** |

**This payment was for debt counseling/bankruptcy for all 22 related cases. Payment made by Philadelphia Taxi Management.**

| | | |
|---|---|---|
| **The Rising Group Consulting, Inc. 606 Post Road East, 614 Westport, CT  06880-0000** | | **39,000.00** |

**Payment made by Philadelphia Taxi Management.**

| | | |
|---|---|---|
| **Klestadt Winters Jureller Southard & Stevens, LLP 570 Seventh Avenue, 17th Floor New York, NY  10018-0000** | | **39,491.00** |

**Payment made by Philadelphia Taxi Management.**

### 10. Other transfers

<sub>None</sub> ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sub>None</sub> ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

<sub>None</sub> ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

<sub>None</sub> ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑  List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Getzel Schiff & Pesce LLP**<br>**Three Crossways Park West**<br>**Woodbury, NY  11797** | **2011 - present** |
| **Andreea Dumitru**<br>**313 10th Avenue**<br>**New York, NY  10001** | **2004 - present** |

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Evgeny Freidman**<br>**136 East 65th Street**<br>**New York, NY  10021** | **Member** | **100%** |
| **Joshua Rizack**<br>**The Rising Group Consulting, Inc.**<br>**606 Post Road East, 614**<br>**Westport, CT  06880** | **Chief Restructuring Officer** | **0%** |

### 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August  5, 2015**              Signature: **/s/ Joshua Rizack**

**Joshua Rizack, Chief Restructuring Officer**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                                                    Case No. **15-43300**

**Hypnotic Taxi LLC**                                                                          Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................................ $ _____ **/hr**

    Prior to the filing of this statement I have received ................................................................ $ _____ **75,000.00**

    Balance Due ............................................................................................................... $ _____

2.  The source of the compensation paid to me was:    ☐ Debtor    ☑ Other (specify): **Philadelphia Taxi Management**

3.  The source of compensation to be paid to me is:    ☐ Debtor    ☑ Other (specify): **Philadelphia Taxi Management**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plans which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
**August  5, 2015**
Date

***/s/ Fred Stevens***

**Fred Stevens**
**Klestadt Winters Jureller**
**Southard & Stevens, LLP**
**570 Seventh Avenue, 17th Floor**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                    Case No. **15-43300**

**Hypnotic Taxi LLC**                                     Chapter **11**
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **August  5, 2015**                   **/s/ Joshua Rizack**
                                            Debtor


                                            Joint Debtor


                                            **/s/ Fred Stevens**
                                            Attorney for Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AISSA BOUZAZOU
5411 WOODSIDE AVENUE
WOODSIDE NY  11377


AMADOU BARRY
245 PEARSALL AVENUE
JERSEY CITY NJ  07305


AMADOUL L BARRY
444 MADISON STREET APT 6
BROOKLYN NY  11221


AMERICAN COUNTRY INSURANCE CO
701 4TH AVENUE SOUTH SUITE 1620
MINNEAPOLIS MN  55415


ATTORNEY GENERAL OF THE STATE OF NY
ATTN: ENID NAGLER STUART
120 BROADWAY 24TH FLOOR
NEW YORK NY  10271


BEINALDO ROMERO
17 LAURER DRIVE
MINEOLA NY  11501


BETH ISRAEL MEDICAL CENTER
PO BOX 95000-5380
PHILADELPHIA PA  19195


BOMBSHELL TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


BOURBON TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217

BUTTERFLY TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


CANDY APPLE TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


CARLOS REYES
1280 LANGDON BLVD
ROCKVILLE CENTRE NY  11570


CHIANTI TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


CHOPARD TAXI INC
330 BUTLER STREET
BROOKLYN NY  11217


CITIBANK NA
C/O CITIBANK MIDDLE MARKET GROUP
ONE COURT SQUARE 42ND FLOOR
LONG ISLAND CITY NY  11120


CITIBANK NA
C/O CITIBANK MIDDLE MARKET GROUP
ONE COURT SQUARE 14TH FLOOR
LONG ISLAND CITY NY  11120


COTMF T/A CAPITAL ONE
265 BROADHOLLOW ROAD
MELVILLE NY  11747

CUPCAKE TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


DHD MEDICAL PC
48 E 43RD STREET
NEW YORK NY  10017


DORIT TRANSIT INC
330 BUTLER STREET
BROOKLYN NY  11217


EVGENY FREIDMAN
136 EAST 65TH STREET
NEW YORK NY  10021


EXPERIENCE CLAIMS MANAGEMENT LLC
PO BOX 180460
RICHMOND HILL NY  11418


FLEETWOOD AGENCY INC
65 BROADWAY SUITE 1104
NEW YORK NY  00000


FORD MOTOR CREDIT CO
PO BOX 105704
ATLANTA GA  30348


FRANCE TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


GARDEN CITY PARK
284 DENTON AVENUE
NEW HYDE PARK NY  11040

GEICO GENERAL INSURANCE CO
60-05 KISSENA BLVD
FLUSHING NY  11355


GIAVANIS TAXI INC
33-21 21ST STREET
LONG ISLAND CITY NY  11106


GREGORY S ROOT ESQ
380 LEXINGTON AVENUE SUITE 1700
NEW YORK NY  10168


HENNESSEY TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


HEREFORD INSURANCE COMPANY
36-01 43RD AVENUE
LONG ISLAND CITY NY  11101


ICEBERG TAXI INC
330 BUTLER STREET
BROOKLYN NY  10001


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA  19101


JUAN ABREU
765 FDR DRIVE
NEW YORK NY  10009


LENOX HILL RADIOLOGY
C/O BAKER SANDERS
100 GARDEN CITY PLAZA
GARDEN CITY NY  11530

MARM E ADAM
1915 EAST 5125 STREET
BROOKLYN NY  11234


MARSEILLE TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


MASOUD AHMED
714 OCEAN VIEW AVENUE
BROOKLYN NY  11235


MAWOMI BERETE
96 93RD STREET
BROOKLYN NY  11212


MAZAD UDIN
67 PROSPECT AVENUE
BRENTWOOD NY  11717


MERLOT TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


MILKYWAY CAB CORP
330 BUTLER STREET
BROOKLYN NY  11217


NY STATE DEPARTMENT OF TAX
BANKRUPTCY SECTION
PO BOX 5300
BROOKLYN NY  11205


NYC DEPARTMENT OF FINANCE
345 ADAMS STREET 10TH FLOOR
BROOKLYN NY  11201

NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS DIVISION
345 ADAMS STREET 3RD FLOOR
BROOKLYN NY  11201


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY  12205


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY UNIT - TCD
BLDG 8 RM 455 WA HARRIMAN STATE CAMPUS
ALBANY NY  12227


PALERMO TAXI INC
330 BUTLER STREET
BROOKLYN NY  11217


PINOT NOIR TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


POINTER TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


PUDDING TAXI INC
330 BUTLER STREET
BROOKLYN NY  11217


SOHO CAB CORP
43-10 39TH STREET
SUNNYSIDE NY  11104

```
STAND-UP MRI OF MANHATTAN PC
PO BOX 170
FARMINGDALE NY  11735


STANLEY GAVRIEL
102-30 67TH AVENUE
FOREST HILLS NY  11375


STEVEN STRUHL MD
681 LEXINGTON AVENUE 5TH FLOOR
NEW YORK NY  10022


STOLI TAXI LLC
330 BUTLER STREET
NEW YORK NY  11217


SYDNEY SCALES
1026 E 180TH STREET APT 1D
BRONX NY  10460


TAXI CLUB MANAGEMENT
313 10TH AVENUE
NEW YORK NY  10001


THISHAWN J ADAMS
1915 EAST 51ST STREET
BROOKLYN NY  11234


US DEPARTMENT OF JUSTICE
TAX DIVISION
950 PENNSYLVANIA AVENUE
WASHINGTON DC  20530
```

UNITED STATES ATTORNEY'S OFFICE EDNY
ARTEMIS LEKAKIS CIVIL BANKR PROCESSING
271-A CADMAN PLAZA EAST
BROOKLYN NY  11201


UNITY FUELS LLC
D/B/A GREASE LIGHTNING
225 INDUSTRIAL AVENUE
RIDGEFIELD NJ  07660


VIATCHESLAV ROUSSAKOV
110 PARROTT PLACE APT 1
BROOKLYN NY  11228


VIVIAN SIMON
290 S 111TH STREET
NEWARK NJ  07103


VODKA TAXI LLC
330 BUTLER STREET
BROOKLYN NY  11217


VSOP TAXI INC
330 BUTLER STREET
BROOKLYN NY  11217


WASHINGTON INTERNATIONAL INSURANCE CO
475 N MARTINGALE ROAD #850
SCHAUMBURG IL  60173


WAYNE PINKNEY
8209 CAGEL ROAD
FORT WASHINGTON MD  20744