ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 223-0400
Facsimile:  (212) 753-0396
Nathan Schwed
Jantra Van Roy
Robert Guttmann

*Attorneys for Citibank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HYPNOTIC TAXI LLC, et al., <sup>1</sup><br><br><br><br>                          Debtors. | Case No.:   15-43300 (CEC)<br>(Joint Administration Pending)<br><br>**ORDER TO SHOW CAUSE ~~WITH EMERGENCY INTERIM RELIEF~~** *(CEC)* |

Upon the ~~annexed~~ *(CEC)* Declaration of Nathan Schwed, Esq., dated

August 10, 2015, in support of the application (the "Application") of Citibank, N.A.

("Citibank") seeking an Order:

---

<sup>1</sup>  The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 1543321)

  (a) Prohibiting the Debtors from using Citibank's cash collateral absent Citibank's consent or an Order of this Court so permitting;

  (b) directing the Debtors to: (i) immediately open Debtor-in-Possession bank accounts and deposit to such accounts all cash of the Debtors, including, without limitation Citibank's cash collateral including all proceeds of the Medallions and related Vehicles received prior to or after the Petition Date; and (ii) immediately provide to Citibank and the Office of the United States Trustee an accounting of all sums collected and/or expended by or on behalf of each Debtor from and after the Petition Date;

  (c) directing the affiliated Management Companies to (i) turn over to the Debtors all property of the Debtors including without limitation all proceeds of the Medallions received prior to or after the Petition Date;

  (d) authorizing examinations pursuant to Bankruptcy Rule 2004 and production of the documents identified on Exhibit A; and

  (e) granting such other further and different relief as is just and proper, and sufficient cause appearing therefore, it is

  ORDERED, that any objecting party-in-interest show cause before the Honorable Carla E. Craig, United States Bankruptcy Judge, at the United States

Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800, on the *__13th (CEC)__* of August, 2015, at ~~10:00 a.m., or as soon thereafter as counsel can be heard~~ *__3:30 pm (CEC)__*, why the Application should not be granted;

~~ORDERED, that the Debtors are prohibited from using Citibank's cash collateral absent consent of Citibank or an Order of this Court so permitting;~~

~~ORDERED, that the Management Companies are directed to deliver to Citibank's counsel, on or before _____, 2015, by email at: nschwed@zeklaw.com; (a) the current balance information of the account(s) in which any proceeds of the Medallions and related vehicles have been deposited from January 1, 2014 to present (the "Account"), and (b) monthly Account statements for the period of January 1, 2014 to the present;~~ *(CEC)* and it is further

ORDERED, that ~~service of~~ *__Citibank is directed to serve (CEC)__* this Order, and the papers upon which it was based, on: (i) the Debtor's counsel, the United States Trustee's Office, any party that has filed a Notice of Appearance by e-mail (to the extent e-mail addresses are set forth in the schedules filed by the Debtor or in Notices of Appearance) ~~at or before __ p.m.~~ *(CEC)* on August *__10 (CEC)__*, 2015; (ii) Deponents, by overnight mail ~~on~~ *__to be received by (CEC)__* August *__11 (CEC)__*, 2015 to Evgeny Freidman, 136 East 65 Street, New York, New York 10021 and Joshua Rizack, The Rising Group Consulting, Inc., 600 Post Road, 614, Westport, CT 06880~~, shall be considered good and sufficient service~~ *(CEC)*; and it is further

ORDERED, that objections to the Application, if any, shall be set forth in writing and served by e-mail and filed with the Court through the Court's electronic filing system, so as to be received by the Court; counsel for Citibank, Zeichner Ellman & Krause LLP, 1211 Avenue of the Americas, New York, New York 10036 (Attn: Nathan Schwed, Esq.); and the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, on or before ~~12:00 p.m.~~ ***5:00 pm (CEC)*** on August ***12 (CEC)***, 2015.



**Dated: Brooklyn, New York**
**August 10, 2015**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**

820801