UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    Case No. 15-43300 (CEC)

Hypnotic Taxi LLC, et al.,                                Chapter 11

    Debtors.
-----------------------------------------------------------x

## **ORDER**

WHEREAS, on July 22, 2015, the Debtors filed a petition for relief under chapter 11 of the Bankruptcy Code; and

WHEREAS, on August 10, 2015, Citibank, N.A. ("Citibank") filed a motion for an order, among other things, directing the Debtors to open a debtor-in-possession bank account, directing the Debtors to provide an accounting to Citibank and the United States Trustee relating to the proceeds of the Debtors' taxi medallions (the "Medallions"), directing the Management Companies (as defined below) to turn over property of the estate, and authorizing examinations of Evgeny Freidman and Joshua Rizak and production of certain documents pursuant to Bankruptcy Rule 2004 (the "Citibank Motion"); and

WHEREAS, on August 12, 2015, the Debtors filed opposition to the Citibank Motion; Downtown Taxi Management LLC, Woodside Management Inc., Tunnel Taxi Management LLC, and 28th Street Management Inc. (the "Management Companies") filed opposition to the Citibank Motion; and Peri Edelstein, Edward Landreth, and Gregory S. Root (the "Unsecured Creditors") filed opposition to the Citibank Motion; and

WHEREAS, on August 13, 2015, the Court held a hearing on the Citibank Motion at which the Debtors, Citibank, the United States Trustee, the Management Companies, and the Unsecured Creditors appeared and were heard; it is

ORDERED, that the Debtors are directed to make Mr. Friedman available, at a time during the week of August 24, 2015, for a deposition by Citibank's counsel pursuant to Bankruptcy Rule 2004 on the subject of the terms of the lease agreements or other arrangements between the Management Companies and the Debtors pertaining to the Medallions, including comparison of those terms with arrangements between the Management Companies and non-debtor medallion owners; and it is further

ORDERED, that the Debtors are directed to provide the following documents, subject to the terms of an appropriate confidentiality agreement, to Citibank by August 21, 2015: the Debtors' federal income tax returns for calendar years 2011, 2012, and 2013; and all insurance policies and surety bond arrangements in effect for the Medallions and related vehicles; and it is further

ORDERED, that the Management Companies are directed to provide to Citibank by August 21, 2015, all bank statements from January 1, 2014, relating to the bank accounts, other than Citibank bank accounts, in which revenues from the Medallions were deposited at any time after January 1, 2014, subject to the terms of an appropriate confidentiality agreement; and it is further

ORDERED, that to the extent that the relief sought in the Citibank Motion is not addressed in this Order, the hearing on the Citibank Motion is adjourned to September 3, 2015, at 2:00 pm.

**Dated: Brooklyn, New York**
**August 13, 2015**

_/s/ Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**