**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
HYPNOTIC TAXI LLC, et al.,[1]                         :    Case No. 15-43300 (CEC)
                                                      :
                            Debtors.                  :    (Jointly Administered)
----------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

Hypnotic Taxi, LLC, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on July 22, 2015.

2. Schedule(s) _____ were not filed at the time of filing of said petition, and is/are filed herewith.

3. [*Check applicable box*]:

    ☐  The schedules filed herewith reflect no additions or corrections to, or deletions from, the list of creditors which accompanied the petition.

    ☒  Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. [*If creditors have been added*] An amended mailing matrix is annexed hereto, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-3.

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the court.*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to that list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LRB 1009-1.

Dated: August 13, 2015

                                                        */s/Joshua Rizack, CRO*
                                                        Debtor (*signature*)

Sworn to before me this 13th
day of August, 2015

*/s/Maeghan Joan McLoughlin*
Notary Public, State of New York
No. 02MC6264826
Qualified in Orange County
Commission Expires July 2, 2016

**NEW CREDITORS:**

Attorney General of the State of New York
120 Broadway, 24th Floor
New York, NY 10271
Attn: Enid Nagler Stuart

Fleetwood Agency Inc.
65 Broadway, Suite 1104
New York, NY 10006

Hereford Insurance Company
36-01 43rd Avenue
Long Island City, NY 11101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

NYC Department of Finance
Attn: Legal Affairs Division
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

US Department of Justice
Tax Division
950 Pennsylvania Avenue
Washington, DC 20530

Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Attn: Jonathan Flaxer & Martin S. Siegel

**DELETED CREDITORS: NONE**

**UPDATED CREDITORS WITH CORRECTED ADDRESSES:**

Amadou Barry
245 Pearsall Avenue
Jersey City, NJ 07305

Amadoul L. Barry
444 Madison Street, Apt. 6
Brooklyn, NY 11221

American Country Insurance Co.
150 Northwest Point Blvd, 3rd Floor
Elk Grove Village, IL 60007

Evgeny Freidman
136 East 65th Street
New York, NY 10021

Juan Abreu
c/o Harold Chetrick P.C.
60 East 42nd Street-Suite 445
New York, New York 10165

Mawomi Berete
96 93rd Street
Brooklyn, NY 11212

Steven Struhl MD
681 Lexington Avenue, 5th Floor
New York, NY 10022

Taxi Club Management
313 10th Avenue
New York, NY 10001

United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

Unity Fuels
d/b/a Grease Lightning
225 Industrial Avenue
Ridgefield, NJ 07660

Viatcheslav Roussakov
110 Parrott Place, Apt. 1
Brooklyn, NY 11228

**HYPNOTIC TAXI, LLC**
**AMENDED MAILING MATRIX**

Attorney General of the State of New York
120 Broadway, 24th Floor
New York, NY 10271
Attn: Enid Nagler Stuart

Fleetwood Agency Inc.
65 Broadway, Suite 1104
New York, NY 10006

Hereford Insurance Company
36-01 43rd Avenue
Long Island City, NY 11101

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

NYC Department of Finance
Attn: Legal Affairs Division
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

US Department of Justice
Tax Division
950 Pennsylvania Avenue
Washington, DC 20530

Golenbock Eiseman Assor Bell & Peskoe LLP
437 Madison Avenue
New York, NY 10022
Attn: Jonathan Flaxer & Martin S. Siegel

Amadou Barry
245 Pearsall Avenue
Jersey City, NJ 07305

Amadoul L. Barry
444 Madison Street, Apt. 6
Brooklyn, NY 11221

American Country Insurance Co.
150 Northwest Point Blvd, 3rd Floor
Elk Grove Village, IL 60007

Evgeny Freidman
136 East 65th Street
New York, NY 10021

Juan Abreu
c/o Harold Chetrick P.C.
60 East 42nd Street-Suite 445
New York, New York 10165

Mawomi Berete
96 93rd Street
Brooklyn, NY 11212

Steven Struhl MD
681 Lexington Avenue, 5th Floor
New York, NY 10022

Taxi Club Management
313 10th Avenue
New York, NY 10001

United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

Unity Fuels
d/b/a Grease Lightning
225 Industrial Avenue
Ridgefield, NJ 07660

Viatcheslav Roussakov
110 Parrott Place, Apt. 1
Brooklyn, NY 11228