**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Sean C. Southard
Maeghan J. McLoughlin

Hearing Date: September 3, 2015
Hearing Time: 2:00 p.m.

Objection Deadline: August 27, 2015

*Proposed Counsel to the Debtors and Debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re  :  Chapter 11
  :
HYPNOTIC TAXI LLC, et al.,[1]  :  Case No. 15-43300 (CEC)
  :
              Debtors.  :  (Joint Administration Pending)
---------------------------------------------------------------x

**AMENDED NOTICE OF HEARING ON MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO OBTAIN SUBORDINATED POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, 363 AND 364 OF THE BANKRUPTCY CODE**

TO THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF NEW YORK, THE DEBTORS' TWENTY LARGEST UNSECURED CREDITORS AS CONSOLIDATED, THE DEBTORS' FIVE LARGEST SECURED CREDITORS, THE LENDER, COUNSEL TO CITIBANK, ANY OTHER PARTY(IES) WITH LIENS OF RECORD ON ASSETS OR PROPERTY OF DEBTORS' ESTATES AS OF THE PETITION DATE, IF ANY, AND ALL OTHER PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002:

      **PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") filed by Hypnotic Taxi, LLC, *et al.*, (the "Debtors"), the Debtors in the above-referenced case, seeking

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

entry of a final order authorizing the Debtors to obtain subordinated post-petition financing pursuant to sections 105(a), 362, 363 and 364 of Title 11 of the United States Code, Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-5 of the Local Bankruptcy Rules for the Eastern District of New York, will be held on **September 3, 2015, at 2:00 p.m. (EST)** before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of New York, located at the Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion and entry of the proposed order, or any portion thereof (an "Objection") shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800), and served upon Klestadt Winters Jureller Southard & Stevens, LLP, 570 Seventh Avenue, 17th Floor, New York, New York 10018, Attn: Fred Stevens, Email: fstevens@klestadt.com, so as to be actually received **no later than 4:00 p.m. on August 27, 2015** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections received by the Objection Deadline will be considered by the Court at the Hearing. If no objections to the relief sought in the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order approving the Motion without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been filed electronically with the Clerk of the United States Bankruptcy Court for the Eastern District of New York, and may be reviewed by all registered users of the Court's website at www.nyeb.uscourts.gov.

*[Continued on next page]*

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated: New York, New York
August 14, 2015

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By: */s/ draft*
Fred Stevens
Sean C. Southard
Maeghan J. McLoughlin
570 Seventh Ave., 17th Floor
New York, New York 10018
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
ssouthard@klestadt.com

*Proposed Attorneys to the Debtors and
Debtors in possession*