**KLESTADT WINTERS JURELLER**
   **SOUTHARD & STEVENS, LLP**
570 Seventh Avenue, 17th Floor
New York, NY 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Sean C. Southard
Maeghan J. McLoughlin

341 Meeting Date: September 25, 2015
341 Meeting Time: 1:00 p.m.

*Proposed Counsel to the Debtors and Debtors in*
   *possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                           :        Chapter 11
                             :
HYPNOTIC TAXI LLC, <u>et al.</u>,[1]    :        Case No. 15-43300 (CEC)
                             :
             Debtors.      :        (Jointly Administered)
----------------------------------------------------------------x

## AMENDED NOTICE OF THE DEBTORS' SECTION 341 MEETING OF CREDITORS

TO ALL CREDITORS AND PARTIES IN INTEREST AND ALL OTHER INDIVIDUALS
AND ENTITIES ENTITLED TO NOTICE PURSUANT TO BANKRUPTCY RULE 2002:

      **PLEASE TAKE NOTICE** that the meeting of creditors pursuant to section 341(a) of the

Bankruptcy Code which was previously scheduled to take place on August 28, 2015 at 9:00 a.m.

has been adjourned to **September 25, 2015 at 1:00 p.m.** The meeting of creditors will be

conducted at the Office of the United States Trustee, at the Conrad B. Duberstein U.S.

Courthouse, Room 2579, 271-C Cadman Plaza East, Brooklyn, New York 11201.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

Dated:  New York, New York
        August 17, 2015

                        **KLESTADT WINTERS JURELLER**
                        **SOUTHARD & STEVENS, LLP**


                  By:  */s/Fred Stevens*
                       Fred Stevens
                       Sean C. Southard
                       Maeghan J. McLoughlin
                       570 Seventh Ave., 17th Floor
                       New York, New York 10018
                       Tel: (212) 972-3000
                       Fax: (212) 972-2245
                       Email: fstevens@klestadt.com
                              ssouthard@klestadt.com

                       *Proposed Attorneys to the Debtors and*
                         *Debtors in possession*