**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Maeghan J. McLoughlin

Hearing Date: November 18, 2015
Hearing Time: 4:00 p.m.

Objection Deadline:
   November 11, 2015

*Counsel to the Debtors and Debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| HYPNOTIC TAXI LLC, et al.,[1] | : | Case No. 15-43300 (CEC) |
| | : | |
|              Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER EXTENDING EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY FILE A PLAN OR PLANS AND SOLICIT ACCEPTANCES THERETO

TO THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF NEW YORK, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE DEBTORS' FIVE LARGEST SECURED CREDITORS, COUNSEL TO CITIBANK, N.A., AND ALL PARTIES ENTITLED TO NOTICE PURSUANT TO FED. R. BANKR. 2002:

      **PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") filed by Hypnotic Taxi, LLC, *et al.*, (the "Debtors"), the Debtors in the above-referenced case, seeking entry of an order extending the exclusive periods during which the Debtors may file a plan and solicit acceptances thereto for one-hundred and twenty days pursuant to sections 105(a) and 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"), will be held on **November 18, 2015, at 4:00 p.m. (EST)** before the Honorable Carla E. Craig, Chief United

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of New York, located at the Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion and entry of the proposed order, or any portion thereof (an "Objection") shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800, on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800), and served upon (i) counsel to the Debtors: Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn: Fred Stevens, Email: fstevens@klestadt.com; (ii) counsel to the Management Companies: Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222, Attn: Brett Berman and Hal Baume, Email: bberman@foxrothschild.com and hbaume@foxrothschild.com; (iii) counsel to the Committee, White and Williams LLP, 1650 Market Street, One Liberty Place, Suite 1800, Philadelphia, PA 19103-7395, Attn: Earl Forte and Amy E. Vulpio, forte@whiteandwilliams.com and vulpioa@whiteandwilliams.com; and (iv) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Marylou Martin, Trial Attorney, Email: Marylou.Martin@usdoj.gov, so as to be actually received **no later than 4:00 p.m. on November 11, 2015** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections received by the Objection Deadline will be considered by the Court at the Hearing. If no objections to the relief sought in the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order approving the Motion without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Motion has been filed electronically with the Clerk of the United States Bankruptcy Court for the Eastern District of New York, and may be reviewed by all registered users of the Court's website at www.nyeb.uscourts.gov.

*[Continued on next page]*

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any creditor or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated:  New York, New York
        October 30, 2015

        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
    Fred Stevens
    Maeghan J. McLoughlin
    200 West 41st Street, 17th Floor
    New York, New York 10036-7203
    Tel: (212) 972-3000
    Fax: (212) 972-2245
    Email: fstevens@klestadt.com
           mmcloughlin@klestadt.com

    *Attorneys to the Debtors and Debtors in possession*