CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:15-cv-05067-PKC-RER

Citibank, N.A. v. Bombshell Taxi LLC et al
Assigned to: Judge Pamela K. Chen
Referred to: Magistrate Judge Ramon E. Reyes, Jr
Case in other court:  New York Southern, 1:15-cv-05938
Cause: 28:1334(b)

Date Filed: 08/31/2015
Date Terminated: 10/28/2015
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Citibank N.A.**     represented by     **Bruce Seth Goodman**
Zeichner Ellman & Krauss LLP
575 Lexington Avenue
New York, NY 10022
212-223-0400
Fax: 212-753-0396
Email: bgoodman@zeklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Schwed**
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036
212-223-0400
Fax: 212-753-0396
Email: nschwed@zeklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracee Elaine Davis**
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036
212-223-0400
Fax: 212-753-0396
Email: tdavis@zeklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Eastern District of New York - LIVE Database V6.1    Case 1:15-43300-cec    Doc 108-1    Filed 11/05/15    Entered 11/05/15 15:32:27    https://ecf.nyed.uscourts.gov/cgi-bin/DktRpt.pl?799887436372594-L_1_0-1

V.

**Defendant**

**Bombshell Taxi LLC** represented by **Frederick N. Stevens**
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
212-878-7905
Fax: 212-692-0940
Email: fstevens@foxrothschild.com
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
Klestadt & Winters,LLP
570 Seventh Avenue
17th floor
New York, NY 10018
212-972-3000
Fax: 212-972-2245
Email: bscott@klestadt.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Candy Apple Taxi LLC** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chopard Taxi, Inc.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cupcake Taxi LLC** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Hennessy Taxi LLC** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iceberg Taxi, Inc.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marseille Taxi LLC** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Milkyway Cab Corp.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Palermo Taxi, Inc.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pointer Taxi, Inc.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pudding Taxi LLC** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stoli Taxi Inc.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VSOP Taxi Inc.** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bourbon Taxi LLC** represented by **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Butterfly Taxi LLC** | represented by | **Frederick N. Stevens** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Chianti Taxi LLC** | represented by | **Frederick N. Stevens** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **France Taxi LLC** | represented by | **Frederick N. Stevens** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Hypnotic Taxi LLC** | represented by | **Frederick N. Stevens** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Merlot Taxi LLC** | represented by | **Frederick N. Stevens** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

**Pinot Noir Taxi LLC**     represented by    **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vodka Taxi LLC**     represented by    **Frederick N. Stevens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brendan Michael Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taxi Club Management, Inc.**     represented by    **Hal L. Baume**
Fox Rothschild LLP
100 Park Avenue
15th Floor
New York, NY 10017
212-878-7900
Fax: 212-692-0940
Email: hbaume@foxrothschild.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Badger Taxi LLC**

**Defendant**

**Belvedere Taxi LLC**

**Defendant**

**Cognac Taxi LLC**

**Defendant**

**Cote Dzur Taxi Inc.**

**Defendant**

**Cuervo Taxi LLC**

**Defendant**

**Donkey Taxi LLC**

**Defendant**

**Dragonfly Taxi LLC**

**Defendant**

**Enaf Taxi Inc.**

**Defendant**

**Golden Beetle Taxi LLC**

**Defendant**

**Grasshopper Taxi LLC**

**Defendant**

**Koala Taxi LLC**

**Defendant**

**Macar Taxi LLC**

**Defendant**

**Panda Taxi LLC**

**Defendant**

**Pelican Taxi LLC**

**Defendant**

**Pravda Taxi LLC**

**Defendant**

**Purlie Trans. Corp.**

**Defendant**

**Sangria Taxi LLC**

**Defendant**

**Split Transit Inc.**

**Defendant**

**Tori and Sarah Hacking Corp.**

**Defendant**

**Wasp Taxi LLC**

**Defendant**

**Wolverine Taxi Inc.**

**Defendant**

| | |
|---|---|
| **Evgeny Freidman** | represented by **Hal L. Baume** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **New York City Taxi and Limousine Commission** | represented by **Nicholas Robert Ciappetta** <br> NYC Law Department, Office of the Corporation Counsel (NYC) <br> 100 Church Street <br> New York, NY 10007 <br> (212)-356-2215 <br> Fax: (212)-791-9714 <br> Email: nciappet@law.nyc.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Dorit Taxi Inc.** | represented by **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Dorit Transit Inc.** | represented by **Brendan Michael Scott** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* <br><br> **Frederick N. Stevens** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Interested Party** | |
| **Evgeny (Gene) Freidman** <br> *Interested Party* | represented by **Brett Berman** <br> Fox Rothschild LLP (PA) <br> 2000 Market Street, 20th Floor <br> Philadelphia, PA 19103 <br> (215)-299-2000 <br> Fax: (215)-299-2150 <br> Email: bberman@foxrothschild.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Hal L. Baume** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | | |
|---|---|---|---|
| 07/29/2015 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 650691/2015. (Filing Fee $ 400.00, Receipt Number 0208-11211227).Document filed by Pinot Noir Taxi LLC, Iceberg Taxi, Inc., Chianti Taxi LLC, Bombshell Taxi LLC, France Taxi LLC, Butterfly Taxi LLC, VSOP Taxi Inc., Merlot Taxi LLC, Palermo Taxi, Inc., Pointer Taxi Inc., Vodka Taxi LLC, Stoli Taxi Inc., Hennessy Taxi LLC, Candy Apple Taxi LLC, Milkyway Cab Corp., Pudding Taxi LLC, Dorit Taxi Inc., Bourbon Taxi LLC, Marseille Taxi LLC, Chopard Taxi, Inc., Hypnotic Taxi LLC, Cupcake Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) | |
| 07/29/2015 | 2 | CIVIL COVER SHEET filed. (Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) | |
| 07/29/2015 | 3 | NOTICE of Notice of Filing of State Court Pleadings and Process re: 1 Notice of Removal,,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cognac Taxi LLC, Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Attachments: # 1 Exhibit to Notice of Removal, # 2 Exhibit to Notice of Removal, # 3 Exhibit to Notice of Removal, # 4 Exhibit to Notice of Removal, # 5 Exhibit to Notice of Removal, # 6 Exhibit to Notice of Removal, # 7 Exhibit to Notice of Removal, # 8 Exhibit to Notice of Removal, # 9 Exhibit to Notice of Removal, # 10 Exhibit to Notice of Removal)(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) | |
| 07/29/2015 | 4 | NOTICE of of Filing of State Court Pleadings and Process re: 1 Notice of Removal,, 3 Notice (Other),,,,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) | |
| 07/29/2015 | 5 | NOTICE of of Filing of State Court Pleadings and Process re: 1 Notice of Removal,, 4 Notice (Other),,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) | |
| 07/29/2015 | 6 | NOTICE of Filing of State Court Pleadings and Process re: 1 Notice of Removal,,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg | |

| | | | |
|---|---|---|---|
| | | | Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Attachments: # 1 Exhibit to Notice of Removal, # 2 Exhibit to Notice of Removal, # 3 Exhibit to Notice of Removal, # 4 Exhibit to Notice of Removal, # 5 Exhibit to Notice of Removal, # 6 Exhibit to Notice of Removal, # 7 Exhibit to Notice of Removal, # 8 Exhibit to Notice of Removal, # 9 Exhibit to Notice of Removal, # 10 Exhibit to Notice of Removal, # 11 Exhibit to Notice of Removal, # 12 Exhibit to Notice of Removal, # 13 Exhibit to Notice of Removal, # 14 Exhibit to Notice of Removal, # 15 Exhibit to Notice of Removal, # 16 Exhibit to Notice of Removal, # 17 Exhibit to Notice of Removal, # 18 Exhibit to Notice of Removal, # 19 Exhibit to Notice of Removal, # 20 Exhibit to Notice of Removal, # 21 Exhibit to Notice of Removal, # 22 Exhibit to Notice of Removal, # 23 Exhibit to Notice of Removal, # 24 Exhibit to Notice of Removal, # 25 Exhibit to Notice of Removal, # 26 Exhibit to Notice of Removal, # 27 Exhibit to Notice of Removal)(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) |
| 07/29/2015 | 7 | | NOTICE of Filing of State Court Pleadings and Process re: 1 Notice of Removal,,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Attachments: # 1 Exhibit to Notice of Removal, # 2 Exhibit to Notice of Removal, # 3 Exhibit to Notice of Removal, # 4 Exhibit to Notice of Removal, # 5 Exhibit to Notice of Removal, # 6 Exhibit to Notice of Removal, # 7 Exhibit to Notice of Removal, # 8 Exhibit to Notice of Removal, # 9 Exhibit to Notice of Removal, # 10 Exhibit to Notice of Removal, # 11 Exhibit to Notice of Removal, # 12 Exhibit to Notice of Removal, # 13 Exhibit to Notice of Removal, # 14 Exhibit to Notice of Removal, # 15 Exhibit to Notice of Removal, # 16 Exhibit to Notice of Removal, # 17 Exhibit to Notice of Removal, # 18 Exhibit to Notice of Removal, # 19 Exhibit to Notice of Removal, # 20 Exhibit to Notice of Removal, # 21 Exhibit to Notice of Removal, # 22 Exhibit to Notice of Removal, # 23 Exhibit to Notice of Removal, # 24 Exhibit to Notice of Removal, # 25 Exhibit to Notice of Removal)(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) |
| 07/29/2015 | 8 | | NOTICE of Filing of State Court Pleadings and Process re: 1 Notice of Removal,,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Attachments: # 1 Exhibit to Notice of Removal, # 2 Exhibit to Notice of Removal, # 3 Exhibit to Notice of Removal, # 4 Exhibit to Notice of Removal, # 5 Exhibit to Notice of Removal, # 6 Exhibit to Notice of Removal, # 7 Exhibit to Notice of Removal, # 8 Exhibit to Notice of Removal, # 9 Exhibit to Notice of Removal, # 10 Exhibit to Notice of Removal, # 11 Exhibit to Notice of Removal, # 12 Exhibit to Notice of Removal, # 13 Exhibit to Notice of Removal, # 14 Exhibit to Notice of Removal, # 15 Exhibit to Notice of Removal, # 16 Exhibit to Notice of |

| | | |
|---|---|---|
| | | Removal, # 17 Exhibit to Notice of Removal, # 18 Exhibit to Notice of Removal, # 19 Exhibit to Notice of Removal, # 20 Exhibit to Notice of Removal, # 21 Exhibit to Notice of Removal, # 22 Exhibit to Notice of Removal, # 23 Exhibit to Notice of Removal, # 24 Exhibit to Notice of Removal, # 25 Exhibit to Notice of Removal, # 26 Exhibit to Notice of Removal, # 27 Exhibit to Notice of Removal, # 28 Exhibit to Notice of Removal, # 29 Exhibit to Notice of Removal)(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) |
| 07/29/2015 | 9 | NOTICE of Filing of State Court Pleadings and Process re: 1 Notice of Removal,,. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Taxi Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Attachments: # 1 Exhibit to Notice of Removal, # 2 Exhibit to Notice of Removal, # 3 Exhibit to Notice of Removal)(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/29/2015) |
| 07/30/2015 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Brendan Michael Scott. The party information for the following party/parties has been modified: Badger Taxi LLC, Enaf Taxi Inc., Taxi Club Management Inc.. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly;. (rch) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | | ***NOTICE TO ATTORNEY REGARDING CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Brendan Michael Scott. The following case opening statistical information was erroneously selected/entered: Cause of Action code 11:101; Nature of Suit code 150 (Contract: Recovery/Enforcement); County code New York; Jury demand: Plaintiff. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1334; the Nature of Suit code has been modified to 190 (Contract: Other); the County code has been modified to XX Out of State; the Jury Demand has been modified to none. (rch) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bombshell Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 11 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Bourbon Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Butterfly Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Candy Apple Taxi LLC.(Scott, Brendan) [Transferred from New |

| | | | |
|---|---|---|---|
| | | | York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 14 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Chianti Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 15 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Chopard Taxi, Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 16 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Cupcake Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 17 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Dorit Transit Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 18 | | NOTICE OF APPEARANCE by Hal L. Baume on behalf of Evgeny (Gene) Freidman. (Baume, Hal) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 19 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by France Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 20 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hennessy Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 21 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hypnotic Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 22 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Iceberg Taxi, Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 23 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Marseille Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 24 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Merlot Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 25 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Milkyway Cab Corp..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 26 | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Palermo Taxi, Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |

| 07/30/2015 | 27 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Pinot Noir Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
|---|---|---|
| 07/30/2015 | 28 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Pointer Taxi Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 29 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Pudding Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 30 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Stoli Taxi Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 31 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Vodka Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 32 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by VSOP Taxi Inc..(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 33 | NOTICE OF APPEARANCE by Brett Berman on behalf of Evgeny (Gene) Freidman. (Berman, Brett) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 07/30/2015 | 34 | AFFIDAVIT OF SERVICE of Notice of Removal & Disclosure Statements on July 30, 2015. Service was made by Federal Express Overnight Mail. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 07/30/2015) |
| 08/03/2015 | 35 | MOTION to Transfer Case *Pursuant to 28 U.S.C. §1412 and/or 28 U.S.C. §1404*. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC.(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/03/2015) |
| 08/03/2015 | 36 | MEMORANDUM OF LAW in Support re: 35 MOTION to Transfer Case *Pursuant to 28 U.S.C. §1412 and/or 28 U.S.C. §1404*. . Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy |

| | | |
|---|---|---|
| | | Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/03/2015) |
| 08/03/2015 | 37 | DECLARATION of Brendan M. Scott in Support re: 35 MOTION to Transfer Case *Pursuant to 28 U.S.C. §1412 and/or 28 U.S.C. §1404.*. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Attachments: # 1 Exhibit, # 2 Exhibit)(Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/03/2015) |
| 08/03/2015 | 38 | AFFIDAVIT OF SERVICE of Motion to Transfer Case Pursuant to U.S.C. §1412 and/or 28 U.S.C. §1404 served on Nathan Schwed, Esq., Nicholas Ciappetta, Sr. Counsel, Brett Berman, Esq. on August 3, 2015. Service was made by Federal Express. Document filed by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/03/2015) |
| 08/11/2015 | 39 | RESPONSE in Support of Motion re: 35 MOTION to Transfer Case *Pursuant to 28 U.S.C. §1412 and/or 28 U.S.C. §1404*. *(Staement on Behalf of Evgeny (Gene) Friedman and Taxi Club Management, Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9027 (e)(3), in Response to Joint Debtors' Notice of Removal and Transfer)*. Document filed by Evgeny (Gene) Freidman. (Attachments: # 1 Affidavit of Service)(Baume, Hal) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/11/2015) |
| 08/13/2015 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (laq) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/13/2015) |
| 08/13/2015 | | Magistrate Judge Andrew J. Peck is so designated. (laq) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/13/2015) |
| 08/13/2015 | | Case Designated ECF. (laq) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/13/2015) |
| 08/13/2015 | | Magistrate Judge Andrew J. Peck is so designated. (laq) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/13/2015) |

| | | | |
|---|---|---|---|
| 08/14/2015 | 40 | | NOTICE OF COURT CONFERENCE: The Honorable Jed S. Rakoff, U.S.D.J. has ordered that counsel for all parties attend a conference, at the time and place fixed below, for the purpose of case management and scheduling pursuant to Fed. R. Civ. P. 16. DATE AND PLACE OF CONFERENCE: 8-28-2015, AT THE UNITED STATES COURTHOUSE, 500 PEARL STREET, NEW YORK, N.Y. IN COURTROOM 14-B AT 4:00. SO ORDERED. Initial Conference set for 8/28/2015 at 04:00 PM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 8/14/2015) (ama) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/14/2015) |
| 08/18/2015 | 41 | | NOTICE OF APPEARANCE by Nicholas Robert Ciappetta on behalf of New York City Taxi And Limousine Commission. (Ciappetta, Nicholas) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/18/2015) |
| 08/21/2015 | 42 | | ORDER granting 35 Motion to Transfer Case. Accordingly, transfer serves the "interest of justice" and the "convenience of the parties." 28 USC §1404. Defendants' motion to transfer venue is hereby granted. SO ORDERED. (Signed by Judge Jed S. Rakoff on 8/21/2015) (ama) Modified on 8/24/2015 (ama). [Transferred from New York Southern on 8/31/2015.] (Entered: 08/24/2015) |
| 08/21/2015 | | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 8/21/2015. (Kotowski, Linda) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/27/2015) |
| 08/31/2015 | | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court - Eastern District of New York.. (ama) [Transferred from New York Southern on 8/31/2015.] (Entered: 08/31/2015) |
| 08/31/2015 | 43 | | Case transferred in from District of New York Southern; Case Number 1:15-cv-05938. Original file certified copy of transfer order and docket sheet received. (Entered: 08/31/2015) |
| 08/31/2015 | 44 | | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link:http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Davis, Kimberly) (Entered: 08/31/2015) |
| 08/31/2015 | | | The case of **Citibank N,A v. Bombshell Taxi LLC et al**, has been transferred from **Southern District of New York)** to the Eastern District of New York. The new case number is **15-cv-5938**.<br>PLEASE NOTE: if you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for |

| | | |
|---|---|---|
| | | an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (Davis, Kimberly) Modified on 8/31/2015 (Davis, Kimberly). (Entered: 08/31/2015) |
| 09/18/2015 | 45 | SCHEDULING ORDER: Initial Conference set for 10/26/2015 at 2:00 PM in Courtroom 2E North before Magistrate Judge Ramon E. Reyes, Jr., located in the United States Eastern District of New York Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201. All counsel are required to attend, and plaintiff's counsel is directed to ensure that all counsel are aware of their obligation to appear. Any requests for adjournment must be made in writing on notice to opposing parties, and must disclose whether all parties consent. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference. Prior to the conference, the parties are to comply with the requirements of Rule 26(f) of the Fed. R. Civ. P. **The attached Case Management Plan must be completed and filed on ECF no later than** 10/20/15. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 9/18/2015. (Vertus, Miriam) (Entered: 09/18/2015) |
| 10/13/2015 | 46 | Letter MOTION to Remand to Bankruptcy Court, *Request for a Pre Motion Conference* by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi, Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) Modified on 10/15/2015 to modify ECF entry event. (Abdallah, Fida) (Entered: 10/13/2015) |
| 10/15/2015 | | ORDER granting 46 Motion for Pre Motion Conference: A conference shall be held on 10/27/2015, at 12 p.m., in Courtroom 4F North regarding the motion to refer this action to Bankruptcy Court. Representatives for all Defendants and "interested parties", including but not limited to Defendants New York City Taxi and Limousine Commission and Evgeny Freidman, are required to appear at the conference. The parties should be prepared to discuss *inter alia*: (1) identification of all parties who have filed bankruptcy; (2) whether the Court has jurisdiction over any State law claims against Defendants who have not filed for bankrutpcy; and (3) the nature of Plaintiff's claims against Defendant New York City Taxi and Limousine Commission. Ordered by Judge Pamela K. Chen on 10/15/2015. (Pelaez, Jenny) (Entered: 10/15/2015) |
| 10/21/2015 | 47 | Letter MOTION to Adjourn Conference *Letter Motion on Consent of All Parties to Adjourn Initial Conference Scheduled on October 26, 2015 at 2:00 p.m.* by Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi, Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC. (Scott, Brendan) (Entered: 10/21/2015) |
| 10/21/2015 | | ORDER granting 47 Motion to Adjourn 10/26/15 Initial Conference sine die. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 10/21/2015. (Vertus, Miriam) (Entered: |

| | | |
|---|---|---|
| | | 10/21/2015) |
| 10/26/2015 | 48 | NOTICE of Appearance by Frederick N. Stevens on behalf of Bombshell Taxi LLC, Bourbon Taxi LLC, Butterfly Taxi LLC, Candy Apple Taxi LLC, Chianti Taxi LLC, Chopard Taxi, Inc., Cupcake Taxi LLC, Dorit Transit Inc., France Taxi LLC, Hennessy Taxi LLC, Hypnotic Taxi LLC, Iceberg Taxi, Inc., Marseille Taxi LLC, Merlot Taxi LLC, Milkyway Cab Corp., Palermo Taxi, Inc., Pinot Noir Taxi LLC, Pointer Taxi, Inc., Pudding Taxi LLC, Stoli Taxi Inc., VSOP Taxi Inc., Vodka Taxi LLC (aty to be noticed) (Stevens, Frederick) (Entered: 10/26/2015) |
| 10/27/2015 | | Minute Entry for proceedings held before Judge Pamela K. Chen: Pre Motion Conference held on 10/27/2015. Appearances by Nathan Schwed for Plaintiff, Brendan Michael Scott for Debtor Defendants, Brett Berman for Defendants Evgeny Freidman Taxi Club Management, Inc., and Nicholas Robert Ciappetta for Defendant New York City Taxi and Limousine Commission. Discussion held regarding the request to refer this action to Bankruptcy Court. Decision reserved. Mr. Berman was directed to file his notice of appearance on behalf of Evgeny Freidman and Taxi Club Management, Inc. as Defendants. (Court Reporter Richard Barry.) (Pelaez, Jenny) (Entered: 10/27/2015) |
| 10/28/2015 | 49 | NOTICE of Appearance by Hal L. Baume on behalf of Evgeny Freidman, Taxi Club Management, Inc. (aty to be noticed) (Baume, Hal) (Entered: 10/28/2015) |
| 10/28/2015 | 50 | Corporate Disclosure Statement by Taxi Club Management, Inc. (Baume, Hal) (Entered: 10/28/2015) |
| 10/28/2015 | | ORDER OF REFERENCE: Because the causes of action asserted in this action either arise under or are related to the pending Chapter 11 proceedings under the lead case *In re Hypnotic Taxi LLC*, No. 15-43300 (CEC), the Court grants the Debtor Defendants' request [Dkt. 46] to refer this action to the United States Bankruptcy Court for the Eastern District of New York pursuant to this Court's Standing Orders of Reference dated August 28, 1986 and December 5, 2012. *See In re Cuyahoga Equip. Corp.*, 980 F.2d 110, 114-15 (2d Cir. 1992); *Allstate Ins. Co. v. Credit Suisse Sec.(USA) LLC*, 11 CV 2232, 2011 WL 4965150, at *3 (S.D.N.Y. Oct. 19, 2011); *In re River Ctr. Holdings, LLC*, 288 B.R. 59, 66 (Bankr. S.D.N.Y. 2003). The Court notes that all parties in this case have consented, or do not object, to the referral of this case, with a full reservation of rights to seek removal for purposes of entering final judgments, a trial by jury, or remand to a prior court. Ordered by Judge Pamela K. Chen on 10/28/2015. (Pelaez, Jenny) (Entered: 10/28/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2015 14:49:57 | | | |
| **PACER Login:** | ns3114:4264094:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:15-cv-05067-PKC-RER |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |