**KLESTADT WINTERS JURELLER**          **Hearing Date: May 4, 2016**
   **SOUTHARD & STEVENS, LLP**         **Hearing Time: 9:30 a.m.**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Stephanie R. Sweeney

*Counsel to the Debtors and Debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                 :          Chapter 11
                                                    :
HYPNOTIC TAXI LLC, et al.,[1]           :          Case No. 15-43300 (CEC)
                                                    :
                         Debtors.          :          (Jointly Administered)
-----------------------------------------------------------------x

**NOTICE OF AGENDA FOR HEARING**
**SCHEDULED FOR WEDNESDAY MAY 4, 2016**

Time and Date of Hearing:      **May 4, 2016** at **9:30 a.m.** (prevailing Eastern Time) (the "Hearing").

Location of Hearing:            Courtroom of the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201-1800

Copies of Pleadings:            A copy of each of the pleadings may be viewed on the Court's website at www.ecf.nyeb.uscourts.gov

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

**I.    UNCONTESTED MATTERS**

    **A.    Case Status Conference**

    <u>Related Documents</u>:

        1.   Court's Order Scheduling Status Conference [Docket No. 55] (Filed September 10, 2015)

    <u>Status</u>:  This matter is going forward.

    **B.    Third Motion to Extend Exclusive Period for Soliciting Acceptances to Debtors' Plan to July 15, 2016 [Docket No. 227] (Filed April 14, 2016)**

        1.   Notice of Hearing [Docket No. 227-2] (Filed April 14, 2016)

        2.   Proposed Order [Docket No. 227-1] (Filed April 14, 2016)

        3.   Notice of Rescheduling Hearing [Docket No. 232] (Filed April 15, 2016)

        4.   Affidavit of Service [Docket No. 228] (Filed April 14, 2016)

    <u>Status</u>:  This matter is going forward.

**II.   CONTESTED MATTERS**

    **A.    Debtors' Motion for Approval of the Disclosure Statement in Support of Plan of Reorganization of Hypnotic Taxi, LLC, et al. [Docket No. 206] (Filed March 14, 2016)**

    <u>Related Documents</u>:

        1.   Proposed Disclosure Statement in Support of Plan of Reorganization of Hypnotic Taxi, LLC, et al. [Docket No. 204] (Filed March 14, 2016)

        2.   Plan of Reorganization of Hypnotic Taxi, LLC, et al. [Docket No. 205] (Filed March 14, 2016)

        3.   Affidavit of Service [Docket No. 208] (Filed March 17, 2016)

        4.   Notice of Rescheduling Hearing [Docket No. 232] (Filed April 15, 2016)

        5.   <u>Objections</u>:

            a.   Limited Objection of Washington International Insurance Company

[Docket No. 251] (Filed April 27, 2016)

    b. Preliminary Objection of the Official Committee of Unsecured Creditors [Docket No. 252] (Filed April 27, 2016)

    c. Objection of Capital One Equipment Finance Corp. [Docket No. 255] (Filed April 27, 2016)

    d. Objection of Citibank, N.A. [Docket No. 259] (Filed April 27, 2016)

    e. Objection of the United States Trustee [Docket No. 262] (Filed April 28, 2016)

Status:  The Debtors are requesting an adjournment of their motion to afford them an opportunity to resolve as many objections as possible.  This matter is going forward as a status conference only.

**B. Citibank, N.A.'s Motion for Relief from the Automatic Stay or, Alternatively, Dismissing Fifteen of the Debtors' Cases [Docket No. 217] (Filed March 23, 2016)**

Related Documents:

1. Affidavit of Service [Docket No. 219] (Filed March 24, 2016)

2. Notice of Rescheduling Hearing [Docket No. 232] (Filed April 15, 2016)

3. Objections:

    a. Objection of the Official Committee of Unsecured Creditors [Docket No. 253] (Filed April 27, 2016)

    b. Debtors' Objection [Docket No. 260] (Filed April 27, 2016)

Status:  This matter is going forward.

**C. Emergency Motion of Capital One Finance Corp. to Intervene in Chapter 11 Cases [Docket No. 233] (Filed April 15, 2016)**

Related Documents:

1. Declaration [Docket No. 234] (Filed April 15, 2016)

2. Declaration [Docket No. 235] (Filed April 15, 2016)

3. Order to Show Cause [Docket No. 237] (Filed April 18, 2016)

4. Affidavit of Service [Docket No. 238] (Filed April 19, 2016)

      5.    Objections:

           a.  Debtors' Objection [Docket No. 266] (Filed May 2, 2016)

Status:  This matter is going forward.

**D. Emergency Motion of Sterling National Bank to Intervene in Chapter 11 Cases [Docket No. 243] (Filed April 21, 2016)**

Related Documents:

    1.    Order to Show Cause [Docket No. 248] (Filed April 22, 2016)

    2.    Affidavit of Service [Docket No. 250] (Filed April 25, 2016)

    3.    Objections:

          a.  Citibank's Objection [Docket No. 257] (Filed April 27, 2016)

          b.  Debtors' Objection [Docket No. 266] (Filed May 2, 2016)

    4.    Reply of Sterling National Bank to Citibank's Objection [Docket No. 264] (Filed April 29, 2016)

Status:  This matter is going forward.

**MATTERS IN CITIBANK, N.A. V. BOMBSHELL TAXI, LLC, ET AL., ADVERSARY PROCEEDING NO. 15-1185 (CEC)**

**E. Emergency Motion of Capital One Finance Corp. to Intervene in Adversary Proceeding [Docket No. 139] (Filed April 15, 2016)**

Related Documents:

    1.    Declaration [Docket No. 140] (Filed April 15, 2016)

    2.    Declaration [Docket No. 141] (Filed April 15, 2016)

    3.    Order to Show Cause [Docket No. 146] (Filed April 18, 2016)

    4.    Affidavit of Service [Docket No. 147] (Filed April 19, 2016)

    5.    Objections:

          a.  Evegeny Freidman and Taxi Club Management Inc.'s Objection

        [Docket No. 178] (Filed May 2, 2016)

    b. Non-Party Trusts' Limited Objection [Docket No. 181] (Filed May 2, 2016); Related Declaration [Docket No. 182] (Filed May 2, 2016)

Status: This matter is going forward.

**F. Emergency Motion of Sterling National Bank to Intervene in Adversary Proceeding [Docket No. 155] (Filed April 21, 2016)**

Related Documents:

1. Order to Show Cause [Docket No. 159] (Filed April 22, 2016)

2. Affidavit of Service [Docket No. 160] (Filed April 25, 2016)

3. Objections:

    a. Citibank's Objection [Docket No. 164] (Filed April 27, 2016)

    b. Evegeny Freidman and Taxi Club Management Inc.'s Objection [Docket No. 178] (Filed May 2, 2016)

    c. Non-Party Trusts' Limited Objection [Docket No. 181] (Filed May 2, 2016); Related Declaration [Docket No. 182] (Filed May 2, 2016)

4. Reply of Sterling National Bank to Citibank's Objection [Docket No. 167] (Filed April 29, 2016)

Status: This matter is going forward.

**G Citibank, N.A.'s Letter Requesting Modification to Court's Decision and Order dated April 29, 2016 [Docket No. 174] (Filed May 2, 2016)**

Related Documents:

1. Court's Decision and Order [Docket No. 173] (Filed April 29, 2016)

2. Objections:

    a. Evgeny Freidman's Objection [Docket No. 179] (Filed May 2, 2016)

Status: No hearing has been scheduled on this issue. Parties to request Court to hear or schedule a hearing at Court's discretion.

Dated: New York, New York
May 3, 2016

                        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Fred Stevens
Stephanie R. Sweeney
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
       ssweeney@klestadt.com

*Counsel to the Debtors and Debtors in possession*