**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re                                                        :        Chapter 11
                                                             :
HYPNOTIC TAXI LLC, et al.,[1]                                :        Case No. 15-43300 (CEC)
                                                             :
                         Debtors.                            :        (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING THIRD EXTENSION OF DEBTORS' EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES OF THEIR PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. § 1121(d) FOR SIXTY DAYS

Upon the motion (the "Motion"),[2] dated April 14, 2016, of the Debtors for entry of an order (this "Order") pursuant to sections 105(a) and 1121(d) of the Bankruptcy Code, granting a third extension of the Debtors' exclusive period during which the Debtors may solicit acceptances to their Joint Plan of Reorganization, dated March 14, 2016 (the "Plan"), pursuant to sections 105(a) and 1121(d) of title 11 of the United States Code (the "Bankruptcy Code"); and notice of the Motion having been given as set forth in the Motion; and the Court having jurisdiction to consider the motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held on May 4, 2016

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

[2] Capitalized terms used herein shall have the meanings ascribed to them in the Motion.

to consider the relief requested in the Motion (the "<u>Hearing</u>"); and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is granted to the extent set forth herein.

2. The Debtors' Exclusive Period to solicit acceptances of the Plan is hereby extended to July 15, 2016.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Local Rules are satisfied by such notice.

4. Entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or seek other appropriate relief.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



**Dated: Brooklyn, New York**
**May 5, 2016**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**