UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------- X
In re:                                  :
                                        :  Case No. 15-43300 (CEC)
HYPNOTIC TAXI LLC, et al.,              :  (Jointly Administered)
                                        :
             Debtors.                   :
--------------------------------------- X

# ORDER GRANTING IN PART AND DENYING IN PART INTERVENTION MOTIONS

UPON reading the Emergency Motion of Capital One Equipment Finance Corp. to Intervene in the Citibank Adversary Proceeding and the Chapter 11 cases dated April 15, 2016 (the "Capital One Intervention Motion") [Dkt. No. 233], and the papers filed in support of and in opposition to the Capital One Intervention Motion [Dkt. Nos. 234 and 266]; and

UPON reading the Emergency Motion of Sterling National Bank to Intervene in the Citibank Adversary Proceeding and the Chapter 11 Cases dated April 21, 2016 (the "Sterling National Intervention Motion") [Dkt. No. 243] and the papers filed in support of and in opposition to the Sterling National Intervention Motion [Dkt. Nos. 264, 257 and 266]; and

UPON the arguments of counsel at the May 4, 2016 hearing on the Capital One Intervention Motion and Sterling National Intervention Motion, and upon due consideration, and good cause appearing therefor; and is hereby

ORDERED that the Capital One Intervention Motion is hereby granted to the extent that Capital One is permitted to file objections to confirmation of the plan proposed by the Debtors to the extent it deems it necessary in order to preserve any property interest it has, or that it claims it has, in property affected by the plan; and it is further

ORDERED that the Sterling National Intervention Motion is hereby granted to the extent

Case 1-15-43300-cec    Doc 284    Filed 05/20/16    Entered 05/20/16 15:07:49

that Sterling National is permitted to file objections to confirmation of the plan proposed by the Debtors to the extent it deems it necessary in order to preserve any property interest it has, or that it claims it has, in property affected by the plan; and it is further

ORDERED that the Capital One Intervention Motion and the Sterling National Intervention Motion are otherwise denied *without prejudice (CEC)*.



**Dated: Brooklyn, New York**
**May 20, 2016**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**

2