

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

BRETT BERMAN
Direct Dial: 215-299-2842
Email Address: BBerman@FoxRothschild.com

December 27, 2016

**VIA ELECTRONIC FILING**

Hon. Carla E. Craig, Chief U.S.B.J.
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

**Re:    In re: Hypnotic Taxi LLC,** *et al*
        **Case No. 15-43300-cec**

Dear Judge Craig:

        As Your Honor is aware, we represent Evgeny Freidman in connection with the above-referenced action, and I write regarding the scheduled oral argument in connection with the pending motion of Gregory Messer, the Chapter 7 Trustee (the "Motion").  I am unfortunately traveling out of the state in connection with a prepaid vacation and will therefore be unavailable to appear for oral argument on December 28, 2016.  Additionally, Mr. Freidman will be unavailable to attend oral argument on December 28, 2016, as he will be with his daughter pursuant to a previously scheduled Court-ordered visitation.

        In an effort to resolve these scheduling conflicts, I sought the consent of opposing counsel law week to adjourn the Motion only a few days, until just after the new year, to accommodate my schedule and eliminate any prejudice due to delay.  Notwithstanding the advance notice provided to counsel, counsel waited until the day before the scheduled hearing to inform me that they will not consent to this minor accommodation.  To ensure that Mr. Freidman may be heard by the Court in connection with the pending Motion, I would respectfully request that the Court carry the Motion scheduled for December 28, 2016 to any date after the new year, as the Court elects.

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas



Hon. Carla E. Craig, Chief U.S.B.J.
December 27, 2016
Page 2

    As always, we thank the Court for its consideration of this matter.  Should Your Honor have any questions, or require additional information from Mr. Freidman, please do not hesitate to have Your Honor's chambers reach out to me directly.

                          Respectfully yours,

                          /s/ Brett Berman
                          Brett Berman

cc:    Counsel of Record (*via ECF*)