**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Gary F. Herbst, Esq.
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 7

HYPNOTIC TAXI LLC, *et al.*,                              Case No.: 15-43300 (CEC)
                                                                              (Jointly Administered)

                    Debtors.
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NASSAU     )

ROSA R. LELLA, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

On September 13, 2017, deponent served the **Order Approving the Stalking Horse Bid Agreement, the Breakup Fee, and Overbid Protections for the Sale of the Debtors' Medallions and Granting Related Relief with Exhibit [Dkt. No. 651]** by First-Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:     **See annexed Service List**

                                                                    *s/Rosa R. Lella*
                                                                    ROSA R. LELLA

Sworn to before me this
13th day of September 2017

*s/ Melanie A. FitzGerald*
Melanie A. FitzGerald
Notary Public, State of New York
No. 02FI4841188
Qualified in Nassau County
Commission Expires December 31, 2017

## SERVICE LIST

Brett Lawrence, Esq.
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
*Attorneys for MGPE, Inc.*

Sean C. Southard, Esq.
Fred Stevens, Esq.
Stephanie R Sweeney, Esq.
KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, NY 10036-7203
*Attorneys for the Debtors*

Michael D. Sirota, Esq.
David M. Bass, Esq.
COLE SCHOTZ P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019-6079
*Attorneys for Sir Michael Hacking Corp., Lady Laura Hacking Corp., Golden Child Cab Corp., Samantha B. Good Cab Corp.., Jake Ross Hacking Corp., FLA Hacking Corp., LAF Hacking Corp., NY Futon Cab Corp., NY Shield Taxi Corp., NY Badge Taxi Corp., NY Funky Taxi Corp., Monica Taxi Corp., Barn G Transportation Corp.., Martha Cap Corp., Mad Dog Cab Corp., Smoochie Cab Corp.*

Marylou Martin, Esq.
U.S. Trustee's Office for the EDNY
201 Varick Street, Suite 1006
New York, NY 10014

Allen G Kadish, Esq.
Jeffrey Traurig, Esq.
DICONZA TRAURIG KADISH LLP
630 Third Avenue
New York, NY 10017
*Attorneys for the Official Committee of Unsecured Creditors of Hypnotic Taxi, LLC and affiliated Debtors*

Paul Hollander, Esq.
OKIN & HOLLANDER
500 Frank W. Burr Blvd., 2nd Floor
Glen Point Center West, Suite 40
Teaneck, NJ 07666
*Attorneys for The Birkin Funding Trust, The Evelyn Funding Trust, The Kelly Funding Trust & The Lindy Funding Trust*

Earl M. Forte. Esq.
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
*Former Attorney for the Official Committee of Unsecured Creditors of Hypnotic Taxi, LLC and affiliated Debtors*

Sedgwick M. Jeanite, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036-6524
*Former Attorney for the Official Committee of Unsecured Creditors of Hypnotic Taxi, LLC and affiliated Debtors*

Robert Ansehl, Esq.
WHITE AND WILLIAMS LLP
250 West 34th Street, Suite 4110
One Penn Plaza
New York, NY 10119
*Former Attorney for the Official Committee of Unsecured Creditors of Hypnotic Taxi, LLC and affiliated Debtors*

Robert Ansehl, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, NY 10036-6524
*Former Attorney for the Official Committee of Unsecured Creditors of Hypnotic Taxi, LLC and affiliated Debtors*

Amy E. Vulpio, Esq.
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
*Former Attorney for the Official Committee of Unsecured Creditors of Hypnotic Taxi, LLC and affiliated Debtors*

Daniel F Flores, Esq.
WILSON ELSER MOSKOWITZ ET AL
150 East 42nd Street
New York, NY 10017
*Attorneys for Sterling National Bank*

Nathan Schwed, Esq.
Jantra Van Roy, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
*Attorneys for Citibank, N.A.*

Christopher C. Wilson, Esq.
Keith Walsh, Esq.
TAXI & LIMOUSINE COMMISSION
33 Beaver Street, 22nd Floor
New York, NY 10004
*Attorneys for TLC Taxi and Limousine Commission*

*Notices of Appearance:*

Hal L. Baume, Esq.
FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, NY 10017
*Attorneys for Evgeny Freidman, Downtown Taxi Management, LLC Woodside Management, Inc., Tunnel Taxi Management, LLC, 28th Street Management, Inc., and Philadelphia Taxi Management LLC*

Brett A. Berman, Esq.
FOX ROTHSCHILD LLP
100 Park Avenue, 15th Floor
New York, NY 10017
*Attorneys for Evgeny Freidman, Downtown Taxi Management, LLC Woodside Management, Inc., Tunnel Taxi Management, LLC, 28th Street Management, Inc., and Philadelphia Taxi Management LLC*

HERRICK, FEINSTEIN LLP
Attn:    Stephen B. Selbst, Esq.
         Hanh V. Huynh, Esq.
         John Goldman, Esq.
Two Park Avenue
New York, NY 10016
*Attorneys for Capital One Taxi Medallion Finance, et al.,*

Eric T. Schneiderman
Attorney General of the State of New York
Attn: Enid Nagler Stuart, Esq.
120 Broadway, 24th Floor
New York, NY 10271
*Attorneys for NYS Dept. Taxation & Finance*

Marc A. Stadtmauer, Esq.
STADTMAUER & ASSOCIATES
370 Lexington Avenue, Suite 1703
New York, NY 10017
*Attorneys for J. Marie Tenas-Reynard*

Robert E. Nies, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
*Attorneys for Washington Int'l Insurance Co.*

Jonathan Flaxer Esq.
Martin S. Siegel Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Attorneys for P. Edelstein, E. Landreth & G. Root*

Daniel Crupain, Esq.
225 Broadway, Suite 2700
New York, NY 10007
*Attorneys for Jonathan Saginaw & Peri Edelstein*

**Courtesy Copy to:**
Gregory Messer, Esq.
LAW OFFICE OF GREGORY MESSER, PLLC
26 Court Street, Suite 2400
Brooklyn, NY 11242
*Chapter 7 Trustee*

*Creditors Holding 20 Largest Unsecured Claims:*

STEVEN STRUHL MD
681 Lexington Avenue, 5th Floor
New York, NY 10022

Lenox Hill Radiology
c/o BAKER SANDERS LLC
Attn: Steven Neuwirth, Esq.
100 Garden City Plaza - Suite 500
Garden City, NY 11530

EXPERIENCE CLAIMS MANAGEMENT LLC
Attn: Anil Rai, CEO
87-01 Midland Parkway, Suite LC
Jamaica Estates, NY 11432

GREGORY S. ROOT, ESQ.
380 Lexington Avenue, Suite 1700
New York, NY 10168

Juan Abreu
c/o MICHAEL J. REDENBURG, ESQ. PC
32 Broadway, Suite 811
New York, NY 10004

NYS DEPT. OF TAXATION & FINANCE
Bankruptcy Section
PO Box 5300
Albany, NY 12205

NYS DEPT. OF TAXATION & FINANCE
Attn: Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227

STANLEY GAVRIEL MD
65-36 99th Street, #1D
Rego Park, NY 11374

VIVIAN SIMON
290 S. 111th Street
Newark, NJ 07103

DHD MEDICAL PC
3907 4th Avenue
Brooklyn, NY 11232

DHD MEDICAL, PC
Physical Medicine/Rehabilitation
265 Madison Avenue, 4th Floor
New York, NY 10016

DHD MEDICAL PC
2132 Ralph Avenue
Brooklyn, NY 11234

NYC DEPARTMENT OF FINANCE
Attn: Legal Affairs Division
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYC DEPARTMENT OF FINANCE
Attn: Bankruptcy and Assignment Unit
345 Adams Street, 10th Floor
Brooklyn, NY 11201

MASOUD AHMED
714 Ocean View Avenue
Brooklyn, NY 11235

STAND-UP MRI OF MANHATTAN PC
PO Box 170
Farmingdale, NY 11735

STAND-UP MRI OF MANHATTAN PC
253 East 77th Street
New York, NY 10075

BETH ISRAEL MEDICAL CENTER
Attn: Customer Service Liason
160 Water Street, 22nd Floor
New York, NY 10038

**Debtor's Remaining Creditors**

JEREMY JOSEPH
1673 President Street
Brooklyn, NY 11213

AMERICAN TRANSIT INSURANCE
COMPANY
Attn: John Poklemba, Esq.
Michael Castronovo, COO
1 Metro Tech Center-North, 8th Fl
Brooklyn, NY 11201

Adriatic Insurance
a/s/o Gulomzhon Rahlmov
3501 N. Causeway, Suite 1000
Metairie, LA 70002

Adriatic Insurance
a/s/o Gulomzhon Rahlmov
c/o Gwertzman Lefkowtiz Burman
Smith & Marcus
Attn: David S. Smith
80 Broad Street - 16th Floor
New York, NY 10004

Alas Lifespan Wellness PT PC
2515 23 Street
Astoria, NY 11102

American Arbitration Association
120 Broadway
New York, NY 10271

American Arbitration Association
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Arthur Gruener
1745 E. 23rd Street
Brooklyn, NY 11229

Chester Cab Corp.
27-34 Jackson Avenue
Long Island City, NY 11101

Chester Cab Corp.
c/o Newman O'Malley
& Epstein LLC
Attn: Lisa J. Ruiz, Esq.
217 Broadway - Suite 500
New York, NY 10007

Chunky Transit Inc.
374 4th Avenue
Brooklyn, NY 11215

Chunky Transit Inc.
c/o Eppinger Reingold & Korder
Attn: Ronald M. Eppinger
131 Larchmont Avenue
PO Box 868
Larchmont, NY 10538

Complete Medical Supplies Inc.
100 Route 59, Suite 103A
Suffern, NY 10901

Dalce & Joseph Macellisuse
c/o Marc Elefant & Associates
625 West 51st Street
New York, NY 10019

Demetrios A. Bothos, Esq.
33-43 Vernon Blvd., Suite 101
Long Island City, NY 11106

Diamond Reporting
16 Court Street, Suite 907
Brooklyn, NY 11241

Duccio Delgi-Innocenti
c/o The Law Offices of
Joshua W. Skillman
Attn: Joshua Skillman, Esq.
111 John Street - Suite 1050
New York, NY 10038

Edward Landreth
149 Sullivan Street, Apt. 2A
New York, NY 10012

Edward Landreth
c/o Lawrence S. Hyman, Esq.
125-10 Queens Blvd., Suite 7
Kew Gardens, NY 11415

Experience Claims Management LLC
PO Box 230325
Hollis, NY 11423

Garrison Property & Casualty
Insurance Co.
a/s/o Zoe Quirk
800 6th Avenue, Suite 7B
New York, NY 10001

Garrison Property & Casualty Insurance
Co. a/s/o Zoe Quirk
Gluck & Allen LLC
Attn: Wayne R. Frohlich, Esq.
217 Washington Street
Toms River, NJ 07853

GEICO
PO Box 9111
Macon, GA 31208

Geico
c/o Law Offices of Ricky J. Lucyk
Attn: Alexandra Hintz, Esq.
170 Froehlich Farm Blvd.
Woodbury, NY 11797

Geico General Insurance Company
a/s/o Laurellen Ridgeway,
Hoffler Scott
c/o Law Offices of Ricky J. Lucyk
Attn: Justin Adkins, Esq.
170 Froehlich Farm Blvd.
Woodbury, NY 11797

Greenwich Medical Anesthesia PC
c/o Lewin & Baglio LLP
1100 Shames Drive, Suite 100
Westbury, NY 11590

Gregor Granderson
c/o Pazer Epstein & Jaffe, P.C.
Attn: Mark Epstein
20 Vesey Street - 7th Floor
New York, NY 10007

Harrison Hacking Corp.
662 10th Avenue
New York, NY 10036

Hereford Insurance Company
Attn: Annie Weinstein, COO/SVP
3601 43rd Avenue
Long Island City, NY 11101

Hermine Katz
c/o Decolator, Cohen & DiPrisco, LLP
Attn: Joseph L. Decolator, Esq.
1399 Franklin Avenue, Suite 300
Garden City, NY 11530

Hill Rosenberg & Thurston LLC
26 Court Street, Suite 1602
Brooklyn, NY 11242

Inspiration
c/o Abrams, Fensterman, et al.,
ATTN: Gerber & Gerber PLLC
1 Metro Tech Center, Suite 1701
Brooklyn, NY 11201

IOD Incorporated
PO Box 19072
Green Bay, WI 54307

Jay Deitz & Associates
100 Merrick Road, Suite 320W
Rockville Centre, NY 11570

Jeffrey M. Kramer
544 Court Street
Brooklyn, NY 11231

Jeremy Joseph
c/o Scott Inwald Esq.
315 Park Place
Brooklyn, NY 11238

Josette Marie Tenas-Reynard
4 Rue Perrault
75001 Paris FRANCE

Josette Marie Tenas-Reynard
c/o STADTMAUER & ASSOC.
370 Lexington Avenue, Suite 1703
New York, NY 10017

Joseph Busuttil
c/o Weiss & Rosenbloom P.C.
Attn: Julie Stein
27 Union Square West - Suite 307
New York, NY 10003

Junction Express Radiology
5718 Junction Blvd.
Flushing, NY 11373

Karl Hussman MD PC
120 Oceana Drive W., Apt. 4G
Brooklyn, NY 11235

Main Acupuncture Health Care PC
c/o the Law Offices of Gabriel &
Shapiro LLC
3361 Park Avenue, Suite 1000
Wantagh, NY 11793

Mannie Sipress
NYC Law Dept. Tort Division
350 Jay Street
Brooklyn, NY 11201

NPR Medical Care PC
199 Water Street, 27th Floor
New York, NY 10038

Orthoplus Products Inc.
6119 17th Avenue
Brooklyn, NY 12204

Orthoplus Products Inc.
7823 Fortune Drive
San Antonio, TX 78250

Pardalis & Nohavicka LLP
3403 Broadway, Suite 200
Astoria, NY 11106

Peri Edelstein
10 West 15th Street, Apt. 708
New York, NY 10011

Progressive Garden State Ins Co.
PO Box 89490
Cleveland, OH 44101

Queens Arthoscopy & Sports Medicine Inc.
6254 97th Place, #2H
Flushing, NY 11374

R.J. Adams, Jr., PLLC
23 Deer Path
Holmdel, NJ 07733

Ryan Jenkins
c/o Berkman Law Office
111 Livingston Street - Suite 1928
Brooklyn, NY 11201

Star Interpreting Inc.
138 Larchmonth Avenue, Suite 3
Larchmont, NY 10538

State Farm Indemnity Co.
c/o ATSCHUL & GOLDSTEIN LLP
15 Maiden Lane, Suite 2005
New York, NY 10038

State Farm
a/s/o Gaby Abou Antoun
1 State Farm Plaza
Bloomington, IL 61704

State Farm Indemnity Co.
a/s/o Christian Calderon
PO Box 106106
Atlanta, GA 30348

Taylor Lack
c/o THE NEVELOFF LAW FIRM, PC
Attn: Daniel I. Neveloff, Esq.
30 Broad St., 35th Fl.
New York, NY 10004

Lawrence Shellenberger
404 Shady Side Road
Ramsey NJ 07446

Lehigh
c/o Abrams, Fensterman, et al.,
ATTN: Gerber & Gerber PLLC
1 Metro Tech Center, Suite 1701
Brooklyn, NY 11201

Leo Francisco
210 E. 102nd Street, Apt. #7F
New York, NY 10029

Weisman & Calderon LLP
670 White Plains Road, Suite 321
Scarsdale, NY 10583

QnoQns Taxi Corp.
c/o Cobert, Haber & Haber LLP
Attn: David Haber, Esq.
1050 Franklin Avenue - Suite 300
Garden City, NY 11530

Matthew W. Daus, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Louis Q. Marret Esq.
60 Sutton Place South, Apt. 10NS
New York, NY 10022

Michael Pelinsky
29 Broadway
Lynbrook, NY 11563

Murray Hill Medical Group
317 E. 34th Street
New York, NY 10016

My Choices Pharmacy
924 Kings Highway
Brooklyn, NY 11223

Steven Loren
28-41 34th Street, #25
Astoria, NY 11103

The Jansen Group
366 N. Broadway, PHE 6
Jericho, NY 11753

Thomas Torto
419 Park Avenue, Suite 406
New York, NY 10016

American InfoSource LP
PO Box 248848
Oklahoma City, OK 73124

Abul Naibee
c/o Mansi International
43-05 31st Avenue
Astoria, NY 11103

Hossain Iqbal
c/o Matthew Marchese, P.C.
Attn: Matthew Marchese
2403 East Tremont Avenue
Bronx, NY 10461

Elco Administrative Services
PO Box 541487
Flushing, NY 11354

New Hyde Park Imaging PC
dba US Diagnostic
c/o Baker Sanders LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530

Agnes Wallach
209-80 18th Avenue 6A
Bayside, NY 11360

Hanover Insurance Group
a/s/o The City University of NY
Attn: Claim #15-00213297
PO Box 15149
Worcester, MA 01615

USAA Casualty Insurance
c/o WENIG & WENIG LLC
150 Broadway, Suite 911
New York, NY 10038

a/s/o J. McGregor/DTG
USAA Casualty Insurance
c/o Marc Elefant & Associates
652 West 51st Street
New York, NY 10019

*Applicable Taxing Authorities:*

CALIFORNIA STATE BOARD OF EQUALIZATION
Attn: Russ Williams, MIC 55
P.O. Box 942879
Sacramento, CA 94279

FRANCHISE TAX BOARD
Bankruptcy Unit
P.O. Box 2952, MS A-340
Sacramento, CA 95812-2952

INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101

INTERNAL REVENUE SERVICE
290 Broadway
New York, NY 10007

John Cahill, Esq.
Regional Council for NY/NJ
U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of the Regional Counsel
Region 2 - New York/Caribbean
Superfund Branch
Attn: Douglas Fischer, Esq.
290 Broadway, 17th Floor
New York, NY 10007-1866

MICHIGAN DEPT OF TREASURY
Tax Policy Division
Attn: Litigation Liason
2nd Floor, Austin Building
430 West Allegan Street
Lansing, MI 48922

NYC DEPT OF FINANCE
345 Adams Street, 3rd Floor
Attn: Legal Affairs Division
Brooklyn, NY 11201-3719

NYC DEPT OF FINANCE
Office of Legal Affairs (Parking Violations)
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYC DEPT OF FINANCE
Attn: Correspondence Unit
One Centre Street - 22nd Floor
New York, NY 10007

NYC DEPT OF FINANCE
Attn: Bankruptcy & Assignment Unit
345 Adams Street, 10th Floor
Brooklyn, NY 11201

NEW YORK WORKERS' COMPENSATION BOARD
Attn: Judgment Unit
328 State Street
Schenectady, NY 12305

NYS DEPT OF TAXATION & FINANCE
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-5300

NYS UNEMPLOYMENT INSURANCE FUND
PO Box 551
Albany, NY  12201

OFFICE OF U.S. ATTORNEY
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

PARKING VIOLATIONS BUREAU
210 Joralemon Avenue
Brooklyn, NY  11201

Robert Roberts Office of Site Remediation Enforcement
Office of Enforcement and Compliance Assurance
U.S. ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
M/C 2272A, Rm 5226D
Washington, DC 20004-2004

SOCIAL SECURITY ADMINISTRATION
Office of the Regional Chief Counsel
Region II
26 Federal Plaza, Room 3904
New York, NY 10278

U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT
Office of Regional Council
for NY/NJ
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. DEPT OF EDUCATION
Att: Bankruptcy Litigation Support
50 United Nations Plaza - Room 1240
San Francisco, CA  94102

U.S. SECURITIES & EXCHANGE COMMISSION
New York Regional Office
Attn: Andrew M. Calamari, Regional Dir.
200 Vesey Street, Suite 400
New York, NY 10281-1022

U.S. DEPT. OF HEALTH & HUMAN SERVICES
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

US ATTORNEY'S OFFICE
Southern District of New York
Attn: Tax & Bankruptcy Unit
86 Chambers Street, Third Floor
New York, NY 10007

UNITED STATES ATTORNEY
One St. Andrew's Plaza
Claims Unit - Room 417
New York, NY 10007

US ATTORNEY'S OFFICE
Eastern District of New York
Attn: Bonni Perlin, Bankruptcy Coordinator/Civil
Division, Bankruptcy Processing
271-A Cadman Plaza East
Brooklyn, NY 11201-1820

US ATTORNEY'S OFFICE
Eastern District of New York
Attn: Long Island Bankruptcy Processing
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454

US DEPARTMENT OF JUSTICE
Tax Division
950 Pennsylvania Avenue
Washington Dc 20530

WORKER'S COMPENSATION BOARD
167 State Highway 320
Norwich, NY 13815