**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: HYPNOTIC TAXI LLC  § | Case No. 1-15-43300-CEC |
| § | |
| § | |
| Debtor(s)  § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GREGORY M. MESSER,TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,206,114.58         Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $353,422.10      Claims Discharged
                                                   Without Payment: N/A

Total Expenses of Administration: $77,846.74

3) Total gross receipts of $   431,268.84   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00   (see **Exhibit 2**), yielded net receipts of $431,268.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,461,044.98 | $353,422.10 | $353,422.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 65,663.67 | 49,970.00 | 49,970.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 1,494,165.01 | 113,944.44 | 27,876.74 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 129,857.13 | 97,167.51 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 12,512,219.46 | 11,215,366.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $17,662,950.25 | $11,829,870.13 | $431,268.84 |

4) This case was originally filed under Chapter 7 on July 22, 2015. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2019           By: /s/GREGORY M.  MESSER,TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Taxi Cab Medallions #3P43 and #3P44 general inta | 1129-000 | 372,000.00 |
| 2013 Ford CMS (VIN #1FADP5AU2DL519069) Related t | 1129-000 | 2,240.00 |
| 2013 Toyota Camry (VIN #41T1BD1FK6DU077932) Rela | 1129-000 | 2,240.00 |
| Burial Fees pursuant to Cash Collateral Order | 1229-000 | 10,000.00 |
| Medallion Management Fees | 1290-000 | 8,000.00 |
| TURN OVER OF THE DIP ACCOUNT | 1290-010 | 13,115.96 |
| BUYERS PREMIUM | 1229-000 | 22,320.00 |
| TURN OVER OF FUNDS HELD IN ESCROW | 1229-000 | 1,352.88 |
| **TOTAL GROSS RECEIPTS** | | **$431,268.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | New York State Department of Taxation & Finance | 4110-000 | N/A | 39,096.51 | 0.00 | 0.00 |
| 1S-2 | New York State Department of Taxation & Finance | 4110-000 | N/A | 39,096.51 | 0.00 | 0.00 |
| 1S-3 | New York State Department of Taxation & Finance | 4110-000 | N/A | 39,096.51 | 442.05 | 442.05 |
| 11 | Citibank, N.A. | 4110-000 | N/A | 3,343,755.45 | 352,980.05 | 352,980.05 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,461,044.98** | **$353,422.10** | **$353,422.10** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - GREGORY M. MESSER,TRUSTEE | 2100-000 | N/A | 24,813.44 | 11,500.00 | 11,500.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NEW YORK STATE CORPORATION TAX | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - LAMONICA HERBST & MANISCALCO, LLP | 3210-000 | N/A | 16,000.00 | 16,000.00 | 16,000.00 |
| Other - LEONARD HARRIS, CPA | 3410-000 | N/A | 4,198.41 | 1,818.18 | 1,818.18 |
| Auctioneer for Trustee Fees (including buyers premiums) - MALTZ AUCTIONS,INC. | 3610-000 | N/A | 10,500.00 | 10,500.00 | 10,500.00 |
| Other - NY State Dept. of Tax | 2990-000 | N/A | 4,000.87 | 4,000.87 | 4,000.87 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 11.85 | 11.85 | 11.85 |
| Other - NY TAG AND TITLE TOGO | 2990-000 | N/A | 440.00 | 440.00 | 440.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 13.00 | 13.00 | 13.00 |
| Other - NYC DEPT OF FINANCE | 2820-000 | N/A | 13.00 | 13.00 | 13.00 |
| Other - MIKES HEAVY DUTY TOWING | 2990-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - NY TAG & TITLE TOGO | 2990-000 | N/A | 1,131.50 | 1,131.50 | 1,131.50 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 1,711.55 | 1,711.55 | 1,711.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Auctioneer for Trustee Fees (including buyers premiums) - MALTZ AUCTIONS,INC. | 3610-000 | N/A | 1,310.43 | 1,310.43 | 1,310.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 139.62 | 139.62 | 139.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$65,663.67** | **$49,970.00** | **$49,970.00** |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NY State Dept. of Tax | 6990-000 | N/A | 13,837.05 | 13,837.05 | 3,385.27 |
| Klestadt Winters Jureller Southard & Stevens, LLP | 6220-000 | N/A | 427,391.92 | 19,426.00 | 4,752.61 |
| Joshua Rizack | 6990-000 | N/A | 216,167.86 | 9,825.81 | 2,403.90 |
| DiConza Traurig Kadish LLP | 6990-000 | N/A | 164,835.52 | 7,492.52 | 1,833.06 |
| EisnerAmper LLP | 6990-000 | N/A | 70,273.50 | 3,194.25 | 781.48 |
| White and Williams LLP | 6990-000 | N/A | 567,275.60 | 25,785.25 | 6,308.41 |
| NYC Taxi & Limousine Commission | 6990-000 | N/A | 9,493.80 | 9,493.80 | 2,322.68 |
| NYC Department of Finance | 6990-000 | N/A | 24,889.76 | 24,889.76 | 6,089.33 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $1,494,165.01 | $113,944.44 | $27,876.74 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | New York State Department of Taxation & Finance | 5800-000 | N/A | 7,576.40 | 0.00 | 0.00 |
| 1P-2 | New York State Department of Taxation & Finance | 5800-000 | N/A | 7,576.40 | 0.00 | 0.00 |
| 1P-3 | New York State Department of Taxation & Finance | 5800-000 | N/A | 7,576.40 | 7,576.40 | 0.00 |
| 3 | NYC Department of Finance | 5800-000 | N/A | 4,584.00 | 4,584.00 | 0.00 |
| 4 | NYC Department of Finance | 5800-000 | N/A | 79,939.69 | 79,939.69 | 0.00 |
| 7 | Geico | 5800-000 | N/A | 5,067.42 | 5,067.42 | 0.00 |
| 17 | NY State Dept. of Tax | 5800-000 | N/A | 8,768.41 | 0.00 | 0.00 |
| 17-2 | NY State Dept. of Tax | 5800-000 | N/A | 8,768.41 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $129,857.13 | $97,167.51 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,792.05 | 0.00 | 0.00 |
| 1U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,792.05 | 0.00 | 0.00 |
| 1U-3 | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,792.05 | 1,792.05 | 0.00 |
| 2 | Steven Stankovski | 7100-000 | N/A | 50,000.00 | 50,000.00 | 0.00 |
| 5 | Miguel Carchipulla | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| 6 | Josette Marie Tenas-Reynard | 7100-000 | N/A | 5,000,000.00 | 5,000,000.00 | 0.00 |
| 8 | Peri Edelstein | 7100-000 | N/A | 1,000,000.00 | 1,000,000.00 | 0.00 |
| 9 | Windels Marx Lane & Mittendorf, LLP | 7100-000 | N/A | 43,269.28 | 0.00 | 0.00 |
| 10 | Evgeny Freidman | 7100-000 | N/A | 1,250,000.00 | 0.00 | 0.00 |
| 12 | Windels Marx Lane & Mittendorf, LLP | 7100-000 | N/A | 41,463.25 | 41,463.25 | 0.00 |
| 13 | Gregory S. Root, Esq. | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |
| 14 | Hereford Insurance Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 14-2 | Hereford Insurance Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 14-3 | Hereford Insurance Company | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Juan Abreu | 7200-000 | N/A | 5,000,000.00 | 5,000,000.00 | 0.00 |
| 16 | Hereford Insurance Company | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 26 | Hereford Insurance Company | 7100-000 | N/A | 21,610.78 | 21,610.78 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,512,219.46 | $11,215,366.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Trustee:** (520670) GREGORY M. MESSER,TRUSTEE  
**Filed (f) or Converted (c):** 09/22/16 (c)  
**§341(a) Meeting Date:** 10/26/16  

**Period Ending:** 10/09/19  
**Claims Bar Date:** 12/21/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Reimbursement insurance policy on tort claims wi | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Surety bond as guarantor for self-insurance on p | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Workers' Compensation and Employers' Liability I | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Loan to shareholder per 2013 tax return. | 21,114.58 | 21,114.58 | | 0.00 | FA |
| 5 | Taxi Cab Medallions #3P43 and #3P44 general inta | 1,900,000.00 | 372,000.00 | | 372,000.00 | FA |
| 6 | 2013 Ford CMS (VIN #1FADP5AU2DL519069) Related t | 10,000.00 | 1,000.00 | | 2,240.00 | FA |
| 7 | 2013 Toyota Camry (VIN #41T1BD1FK6DU077932) Rela | 10,200.00 | 1,000.00 | | 2,240.00 | FA |
| 8 | Burial Fees pursuant to Cash Collateral Order (u)<br>   Cash collateral order dated 10/23/15 | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 9 | Medallion Management Fees (u) | 184,000.00 | 184,000.00 | | 8,000.00 | FA |
| 10 | Reimbursement insurance policy on tort claims wi (u)<br>   There is a claim against the management company and Evegny Friedman in the sum of $1,150,000.00. Estate will possibly obtain a judgment it is unlikely we will obtain any monetary recovery. Recovery will be nominal as 4 of the 5 defendants have filed Chapter 7 bankrupties in the SDNY.  If there was a recovery it would be split between the 22 cases. | 1,150,000.00 | 1,150,000.00 | | 0.00 | FA |
| 11 | TURN OVER OF THE DIP ACCOUNT (u) | 13,115.96 | 13,115.96 | | 13,115.96 | FA |
| 12 | SETTLEMENT ON SALE OF TAXI CABS<br>   *Sale of certain vehicles in this and the related estate Pointer Taxi, Bourbon Taxi, Dorit and Candy Apple. | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 13 | *** VOID*** | 0.00 | 0.00 | | 0.00 | FA |
| 14 | ***VOID**** | 0.00 | 0.00 | | 0.00 | FA |
| 15 | BUYERS PREMIUM (u)<br>   Buyer's premium associated with auction sale of medallions; will be paid to auctioneer upon entry of order authorizing payment.   Order signed on 2/4/19. | 513,360.00 | 513,360.00 | | 22,320.00 | FA |
| 16 | TURN OVER OF FUNDS HELD IN ESCROW (u) | 1,352.88 | 1,352.88 | | 1,352.88 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Period Ending:** 10/09/19  

**Trustee:** (520670) GREGORY M. MESSER, TRUSTEE  
**Filed (f) or Converted (c):** 09/22/16 (c)  
**§341(a) Meeting Date:** 10/26/16  
**Claims Bar Date:** 12/21/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | CLAIMS against management company (u)<br>There is a claim against the management company and Evegny Friedman. The parties have entered into settlement agreements and Friedman consented to a judgment in the sum of $1,000,000.00. The Trustee does not intend to abandon that judgment but retains his right to reopen the case if it appears that Mr. Friedman has any available assets. | Unknown | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 17 | **Assets Totals** (Excluding unknown values) | **$3,848,143.42** | **$3,301,943.42** | | **$431,268.84** | **$1,000,000.00** |

**Major Activities Affecting Case Closing:**

10/26/16 - The case was converted to Chapter 7 on September 22, 2016. The Debtor is the owner of 46 taxi medallions

10/28/16 - The court authorized the Trustee to operate the Debtor's business and approved the management agreement for the fomer owners.

11/2/16 - The Trustee has retained the firm of LaMonica, Herbst & Maniscalco, LLP

1/20/17 - The Trustee retained Leonard Harris CPA as accountant to the Trustee.

2/3/17- The Trustee settled the claims of the former managers and four taxis.

3/9/17- The Trustee retained Maltz Auctions, Inc.

06/29/17 - The Trustee has ceased operating the Debtor's medallions and is preparing to sell the 46 medallions. There is a hearing seeking approval for the sale of the medallions is scheduled for July 25, 2017.

The statute of limitation expires on September 21, 2017 and the Trustee is investigating various claims against Debtor's estate.

1/23/18 - The auction for the sale of the vehicles took place.

6/13/18 - The Trustee brought on a motion to sell the Debtor's Medallions and approve the stipulation with Citibank as the secured creditor. The order approving the stipulation and approving the sale was signed on August 3, 2017. The Trustee brought on an action to sell the Debtor's vehicles.

The Trustee brought on an action against Evgeny Friedman and insiders of the Debtor. That action is pending and the Trustee is investigating claims against Friedman and possibly other insiders.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-15-43300-CEC  **Trustee:** (520670) GREGORY M. MESSER,TRUSTEE
**Case Name:** HYPNOTIC TAXI LLC  **Filed (f) or Converted (c):** 09/22/16 (c)
  **§341(a) Meeting Date:** 10/26/16
**Period Ending:** 10/09/19  **Claims Bar Date:** 12/21/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/26/19- Trustee's Final Report filed.   Final Hearing is scheduled for 8/7/19.


1-15-43300 Hypnotic Taxi LLC Jointly Administered:

1-15-43301-cec Bombshell Taxi LLC
1-15-43302-cec Bourbon Taxi LLC
1-15-43303-cec Butterfly Taxi LLC
1-15-43304-cec Candy Apple Taxi LLC
1-15-43305-cec Chianti Taxi LLC
1-15-43306-cec Chopard Taxi, Inc.
1-15-43307-cec Cupcake Taxi LLC
1-15-43308-cec Dorit Transit Inc.
1-15-43309-cec France Taxi LLC
1-15-43310-cec Hennessey Taxi Inc.
1-15-43311-cec Iceberg Taxi Inc.
1-15-43312-cec Marseille Taxi LLC
1-15-43313-cec Merlot Taxi LLC
1-15-43314-cec Milkyway Cab Corp.
1-15-43315-cec Palermo Taxi Inc.,
1-15-43316-cec Pinot Noir Taxi LLC
1-15-43317-cec Pointer Taxi LLC
1-15-43318-cec Pudding Taxi Inc.
1-15-43319-cec Stoli Taxi Inc.
1-15-43320-cec Vodka Taxi LLC
1-15-43321-cec VSOP Taxi Inc.

**Initial Projected Date Of Final Report (TFR):**    April 2, 2019       **Current Projected Date Of Final Report (TFR):**    June 26, 2019  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/16 | {8} | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS | PAYMENT OF BURIAL FEES PURSUANT TO CASH COLLATERAL ORDER DATED 10/23/15 | 1229-000 | 10,000.00 | | 10,000.00 |
| 10/13/16 | {11} | HYPNOTIC TAXI LLC | TURNOVER OF DIP ACCOUNT | 1290-010 | 13,115.96 | | 23,115.96 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.26 | 23,102.70 |
| 11/30/16 | | From Account #******3867 | TRANSFER OF FUNDS OCTOBER MONTHLY PAMENT UNDER MGMT AGREEMENT  3P43, 3P44 | 9999-000 | 4,000.00 | | 27,102.70 |
| 11/30/16 | | From Account #******3867 | TRANSFER OF FUNDS NOVEMBER MONTHLY PAYMENT UNDER MGMT AGREEMENT  3P43, 3P44 | 9999-000 | 4,000.00 | | 31,102.70 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.34 | 31,067.36 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.56 | 31,022.80 |
| 01/27/17 | 101 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/26/2017 FOR CASE #115-43300, Bond # 016027942 | 2300-000 | | 11.85 | 31,010.95 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.58 | 30,963.37 |
| 02/09/17 | 102 | NY TAG AND TITLE TOGO | PLATE CANCELLATION SERVICE INV. 44685 | 2990-000 | | 440.00 | 30,523.37 |
| 02/09/17 | 103 | MIKES HEAVY DUTY TOWING INC. | TOWING SERVICE 3P44, 3P43<br>Stopped on 03/30/17 | 2990-000 | | 500.00 | 30,023.37 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.33 | 29,982.04 |
| 03/15/17 | 104 | NYS CORPORATION TAX | CT 5.4  26-1886632 9/22/16-12/31/16 | 2820-000 | | 13.00 | 29,969.04 |
| 03/15/17 | 105 | NYC DEPT OF FINANCE | NYC-EXT 26-1886632 9/22/16-12/31/16 | 2820-000 | | 13.00 | 29,956.04 |
| 03/30/17 | 103 | MIKES HEAVY DUTY TOWING INC. | TOWING SERVICE 3P44, 3P43<br>Stopped: check issued on 02/09/17 | 2990-000 | | -500.00 | 30,456.04 |
| 03/30/17 | 106 | MIKES HEAVY DUTY TOWING | TOWING SERVICE 3P44, 3P43   replacement check | 2990-000 | | 500.00 | 29,956.04 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.29 | 29,910.75 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.22 | 29,870.53 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.25 | 29,823.28 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.89 | 29,780.39 |
| 07/05/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -357.72 | 30,138.11 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,128.11 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,118.11 |
| 10/16/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -20.00 | 30,138.11 |

Subtotals :         $31,115.96         $977.85

{} Asset reference(s)                                                                                                                  Printed: 10/09/2019 07:46 AM     V.14.56

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1-15-43300-CEC | **Trustee:** | GREGORY M. MESSER,TRUSTEE (520670) |
| **Case Name:** HYPNOTIC TAXI LLC | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******3866 - Checking Account |
| **Taxpayer ID #:** **-***6632 | **Blanket Bond:** | $69,289,805.00   (per case limit) |
| **Period Ending:** 10/09/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/21/17 | 107 | NY TAG & TITLE TOGO | NYS REGISTRATION FEE | 2990-000 | | 1,131.50 | 29,006.61 |
| 01/29/18 | 108 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #115-43300, Bond # 016027942 | 2300-000 | | 1,711.55 | 27,295.06 |
| 02/15/18 | | MALTZ AUCTIONS | TAXI (AUTOMOBILE) SALE PROCEEDS | | 4,480.00 | | 31,775.06 |
| | {7} | | Taxi Sale Proceeds          2,240.00 | 1129-000 | | | 31,775.06 |
| | {6} | | Taxi Sale Proceeds          2,240.00 | 1129-000 | | | 31,775.06 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31,765.06 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31,755.06 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31,745.06 |
| 05/01/18 | 109 | MALTZ AUCTIONS,INC. | AUCTIONEER'S FEES AND EXPENSES | 3610-000 | | 1,310.43 | 30,434.63 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,424.63 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,414.63 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,404.63 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,394.63 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 30,389.63 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 30,384.63 |
| 02/27/19 | {16} | ABRAMS FENSTERMAN, FENSTERMAN, EISMAN | TURN OVER OF FUNDS HELD IN ESCROW | 1229-000 | 1,352.88 | | 31,737.51 |
| 02/27/19 | 110 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2019 FOR CASE #115-43300, EDNY BLANKET BOND PREMIUM #016027942 | 2300-000 | | 139.62 | 31,597.89 |
| 04/09/19 | | From Account #******3868 | TRANSFER OF FUNDS | 9999-000 | 40,497.90 | | 72,095.79 |
| 04/09/19 | | From Account #******3867 | TRANSFER OF FUNDS | 9999-000 | 35,000.00 | | 107,095.79 |
| 05/29/19 | 111 {12} | POINTER TAXI, INC. | APPORTIONMENT OF SALE PROCEEDS | 1129-000 | -8,750.00 | | 98,345.79 |
| 05/29/19 | 112 {12} | BOURBON TAXI LLC | APPORTIONMENT OF SALE PROCEEDS FROM TAXI CABS | 1129-000 | -8,750.00 | | 89,595.79 |
| 05/29/19 | 113 {12} | DORIT TRANSIT LLC | APPORTIONMENT OF SALE PROCEEDS FROM TAXI CABS | 1129-000 | -8,750.00 | | 80,845.79 |
| 05/29/19 | 114 {12} | CANDY APPLE TAXI, LLC | APPORTIONMENT OF SALE PROCEEDS FROM TAXI CABS | 1129-000 | -8,750.00 | | 72,095.79 |
| 08/13/19 | 115 | GREGORY M. MESSER,TRUSTEE | Dividend paid 100.00% on $11,500.00, Trustee Compensation;  Reference: | 2100-000 | | 11,500.00 | 60,595.79 |
| 08/13/19 | 116 | NEW YORK STATE CORPORATION TAX | Dividend paid 100.00% on $25.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 25.00 | 60,570.79 |
| 08/13/19 | 117 | NYC DEPARTMENT OF FINANCE | Dividend paid 100.00% on $25.00, Other State | 2820-000 | | 25.00 | 60,545.79 |

|  | Subtotals : | $46,330.78 | $15,923.10 | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $69,289,805.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | | | | |
| 08/13/19 | 118 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $1,818.18, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,818.18 | 58,727.61 |
| 08/13/19 | 119 | MALTZ AUCTIONS, INC. | Dividend paid 100.00% on $10,500.00, Auctioneer for Trustee Fees (including buyers premiums); Reference: | 3610-000 | | 10,500.00 | 48,227.61 |
| 08/13/19 | 120 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $16,000.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 16,000.00 | 32,227.61 |
| 08/13/19 | 121 | CLERK US BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 31,877.61 |
| 08/13/19 | 122 | NY State Dept. of Tax | Dividend paid 100.00% on $4,000.87, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 4,000.87 | 27,876.74 |
| 08/13/19 | 123 | NY State Dept. of Tax | Dividend paid 24.46% on $13,837.05, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 3,385.27 | 24,491.47 |
| 08/13/19 | 124 | Klestadt Winters Jureller Southard & Stevens, LLP | Dividend paid 24.46% on $19,426.00, Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11); Reference: | 6220-000 | | 4,752.61 | 19,738.86 |
| 08/13/19 | 125 | Joshua Rizack | Dividend paid 24.46% on $9,825.81, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 2,403.90 | 17,334.96 |
| 08/13/19 | 126 | DiConza Traurig Kadish LLP | Dividend paid 24.46% on $7,492.52, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 1,833.06 | 15,501.90 |
| 08/13/19 | 127 | EisnerAmper LLP | Dividend paid 24.46% on $3,194.25, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 781.48 | 14,720.42 |
| 08/13/19 | 128 | White and Williams LLP | Dividend paid 24.46% on $25,785.25, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 6,308.41 | 8,412.01 |
| 08/13/19 | 129 | NYC Taxi & Limousine Commission | Dividend paid 24.46% on $9,493.80, Other Prior Chapter Administrative Expenses; Reference: | 6990-000 | | 2,322.68 | 6,089.33 |
| 08/13/19 | 130 | NYC Department of Finance | Dividend paid 24.46% on $24,889.76, Other | 6990-000 | | 6,089.33 | 0.00 |

Subtotals :        $0.00        $60,545.79

{} Asset reference(s)                                                                                                     Printed: 10/09/2019 07:46 AM    V.14.56

Case 1-15-43300-cec    Doc 755    Filed 10/24/19    Entered 10/24/19 16:15:37

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 1-15-43300-CEC | | **Trustee:** | GREGORY M. MESSER,TRUSTEE (520670) |
|---|---|---|---|---|
| **Case Name:** | HYPNOTIC TAXI LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3866 - Checking Account |
| **Taxpayer ID #:** | **-***6632 | | **Blanket Bond:** | $69,289,805.00 (per case limit) |
| **Period Ending:** | 10/09/19 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Prior Chapter Administrative Expenses; Reference: | | | | |
| | | | **ACCOUNT TOTALS** | | 77,446.74 | 77,446.74 | $0.00 |
| | | | Less: Bank Transfers | | 83,497.90 | 0.00 | |
| | | | **Subtotal** | | -6,051.16 | 77,446.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-6,051.16** | **$77,446.74** | |

{} Asset reference(s)    Printed: 10/09/2019 07:46 AM    V.14.56

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3867 - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/07/16 | {9} | YELLOW TAXI SALES | TAXI MEDALLION | 1290-000 | 54,000.00 | | 54,000.00 |
| 11/07/16 | {9} | YELLOW TAXI SALES | MEDALLION MANAGEMENT FEES | 1290-000 | 4,000.00 | | 58,000.00 |
| 11/08/16 | {9} | YELLOW TAXI SALES 20161108G1B7011C00 0037 | TAXI MEDALLION | 1290-000 | 34,000.00 | | 92,000.00 |
| 11/21/16 | {9} | NORTHERN GRUB LLC | MEDALLION MANAGEMENT FEES | 1290-000 | 4,000.00 | | 96,000.00 |
| 11/21/16 | {9} | NORTHERN GRUB LLC | TAXI MEDALLION | 1290-000 | 34,000.00 | | 130,000.00 |
| 11/22/16 | {9} | NORTHERN GRUB LLC | TAXI MEDALLION | 1290-000 | 54,000.00 | | 184,000.00 |
| 11/30/16 | | To Account #******3866 | TRANSFER OF FUNDS OCTOBER MONTHLY PAMENT UNDER MGMT AGREEMENT  3P43, 3P44 | 9999-000 | | 4,000.00 | 180,000.00 |
| 11/30/16 | | To Account #******3866 | TRANSFER OF FUNDS NOVEMBER MONTHLY PAYMENT UNDER MGMT AGREEMENT  3P43, 3P44 | 9999-000 | | 4,000.00 | 176,000.00 |
| 11/30/16 | 101 {9} | ESTATE OF MILKYWAY CAB CORP. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT   7P37, 7P38, 7P39 | 1290-000 | -6,000.00 | | 170,000.00 |
| 11/30/16 | 102 {9} | ESTATE OF ICEBERG TAXI INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2L29, 2L30 | 1290-000 | -4,000.00 | | 166,000.00 |
| 11/30/16 | 103 {9} | ESTATE OF CANDY APPLE TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6V13,6V14 | 1290-000 | -4,000.00 | | 162,000.00 |
| 11/30/16 | 104 {9} | ESTATE OF VODKA TAXI LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9C40, 9C41 | 1290-000 | -4,000.00 | | 158,000.00 |
| 11/30/16 | 105 {9} | ESTATE OF CUPCAKE TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6V11, 6V12 | 1290-000 | -4,000.00 | | 154,000.00 |
| 11/30/16 | 106 {9} | ESTATE OF BUTTERFLY TAXI LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9K36,9K37 | 1290-000 | -4,000.00 | | 150,000.00 |
| 11/30/16 | 107 {9} | ESTATE OF CHIANTI TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2L45, 2L46 | 1290-000 | -4,000.00 | | 146,000.00 |
| 11/30/16 | 108 {9} | ESTATE OF PUDDING TAXI, INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT  6V25, 6V26 | 1290-000 | -4,000.00 | | 142,000.00 |
| 11/30/16 | 109 {9} | ESTATE OF VSOP TAXI, INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2V82, 2V83 | 1290-000 | -4,000.00 | | 138,000.00 |
| 11/30/16 | 110 {9} | ESTATE OF DORIT TRANSIT INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9L48, 9L49 | 1290-000 | -4,000.00 | | 134,000.00 |
| 11/30/16 | 111 {9} | ESTATE OF POINTER TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 8P16, 8P17 | 1290-000 | -4,000.00 | | 130,000.00 |
| 11/30/16 | 112 {9} | ESTATE CHOPARD TAXI, INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 7P48,7P49, 7P50 | 1290-000 | -6,000.00 | | 124,000.00 |

Subtotals :    $132,000.00    $8,000.00

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC
**Case Name:** HYPNOTIC TAXI LLC

**Taxpayer ID #:** **-***6632
**Period Ending:** 10/09/19

**Trustee:** GREGORY M. MESSER,TRUSTEE (520670)
**Bank Name:** Rabobank, N.A.
**Account:** ******3867 - Checking Account
**Blanket Bond:** $69,289,805.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/16 | 113 {9} | ESTATE OF MILKYWAY CAB CORP. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 7P37, 7P38, 7P39 | 1290-000 | -6,000.00 | | 118,000.00 |
| 11/30/16 | 114 {9} | ESTATE OF ICEBERG TAXI INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2L29, 2L30 | 1290-000 | -4,000.00 | | 114,000.00 |
| 11/30/16 | 115 {9} | ESTATE OF CANDY APPLE TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6V13, 6V14 | 1290-000 | -4,000.00 | | 110,000.00 |
| 11/30/16 | 116 {9} | ESTATE OF VODKA TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9C40, 9C41 | 1290-000 | -4,000.00 | | 106,000.00 |
| 11/30/16 | 117 {9} | ESTATE OF CUPCAKE TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6V11, 6V12 | 1290-000 | -4,000.00 | | 102,000.00 |
| 11/30/16 | 118 {9} | ESTATE OF BUTTERFLY TAXI LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9K36, 9K37 | 1290-000 | -4,000.00 | | 98,000.00 |
| 11/30/16 | 119 {9} | ESTATE OF CHIANTI TAXI LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2L45, 2L46 | 1290-000 | -4,000.00 | | 94,000.00 |
| 11/30/16 | 120 {9} | ESTATE OF PUDDING TAXI, INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6V25, 6V26 | 1290-000 | -4,000.00 | | 90,000.00 |
| 11/30/16 | 121 {9} | ESTATE OF VSOP TAXI INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2V82, 2V83 | 1290-000 | -4,000.00 | | 86,000.00 |
| 11/30/16 | 122 {9} | ESTATE OF DORIT TRANSIT, INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9L48, 9L49 | 1290-000 | -4,000.00 | | 82,000.00 |
| 11/30/16 | 123 {9} | ESTATE POINTER TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 8P16, 8P17 | 1290-000 | -4,000.00 | | 78,000.00 |
| 11/30/16 | 124 {9} | ESTATE OF CHOPARD TAXI INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 7P48, 7P49, 7P50 | 1290-000 | -6,000.00 | | 72,000.00 |
| 11/30/16 | 125 {9} | ESTATE OF STOLI TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2V44, 2V45 | 1290-000 | -4,000.00 | | 68,000.00 |
| 11/30/16 | 126 {9} | ESTATE OF STOLI TAXI, INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2V44, 2V45 | 1290-000 | -4,000.00 | | 64,000.00 |
| 11/30/16 | 127 {9} | ESTATE OF PALERMO TAXI, INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 4N74, 4N75 | 1290-000 | -4,000.00 | | 60,000.00 |
| 11/30/16 | 128 {9} | ESTATE OF PALERMO TAXI, INC. | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 4N74, 4N75 | 1290-000 | -4,000.00 | | 56,000.00 |
| 11/30/16 | 129 {9} | ESTATE OF MARSEILLE TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9V90,9V91 | 1290-000 | -4,000.00 | | 52,000.00 |
| 11/30/16 | 130 {9} | ESTATE OF MARSEILLE TAXI, LLC | NOVEMBER  MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9V90,9V91 | 1290-000 | -4,000.00 | | 48,000.00 |
| 11/30/16 | 131 {9} | ESTATE OF BOMBSHELL TAXI, | OCTOBER MONTHLY PAYMENT UNDER | 1290-000 | -4,000.00 | | 44,000.00 |

Subtotals :         $-80,000.00         $0.00

{} Asset reference(s)                                                                                                                                     Printed: 10/09/2019 07:46 AM     V.14.56

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1-15-43300-CEC | | Trustee: | GREGORY M. MESSER, TRUSTEE (520670) |
|---|---|---|---|---|
| Case Name: | HYPNOTIC TAXI LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3867 - Checking Account |
| Taxpayer ID #: | **-***6632 | | Blanket Bond: | $69,289,805.00   (per case limit) |
| Period Ending: | 10/09/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | LLC | MANAGEMENT AGREEMENT 9J91, 9J92 | | | | |
| 11/30/16 | 132 {9} | ESTATE OF BOMBSHELL TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9J91, 9J92 | 1290-000 | -4,000.00 | | 40,000.00 |
| 11/30/16 | 133 {9} | ESTATE OF PINOT NOIR TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6G58,6G60 | 1290-000 | -4,000.00 | | 36,000.00 |
| 11/30/16 | 134 {9} | ESTATE OF PINOR NOIR TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 6G58,6G60 | 1290-000 | -4,000.00 | | 32,000.00 |
| 11/30/16 | 135 {9} | ESTATE OF MERLOT TAXI LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2P21, 2P22 | 1290-000 | -4,000.00 | | 28,000.00 |
| 11/30/16 | 136 {9} | ESTATE OF MERLOT TAXI LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2P21, 2P22 | 1290-000 | -4,000.00 | | 24,000.00 |
| 11/30/16 | 137 {9} | ESTATE OF BOURBON TAXI, LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2J62, 2J63 | 1290-000 | -4,000.00 | | 20,000.00 |
| 11/30/16 | 138 {9} | ESTATE OF BOURBON TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2J62, 2J63 | 1290-000 | -4,000.00 | | 16,000.00 |
| 11/30/16 | 139 {9} | ESTATE OF FRANCE TAXI LLC | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9V96,9V97 | 1290-000 | -4,000.00 | | 12,000.00 |
| 11/30/16 | 140 {9} | ESTATE OF FRANCE TAXI LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 9V96,9V97 | 1290-000 | -4,000.00 | | 8,000.00 |
| 11/30/16 | 141 {9} | ESTATE OF HENNESSEY TAXI, INC. | OCTOBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2V84,2V85 | 1290-000 | -4,000.00 | | 4,000.00 |
| 11/30/16 | 142 {9} | ESTATE OF HENNESSEY TAXI, LLC | NOVEMBER MONTHLY PAYMENT UNDER MANAGEMENT AGREEMENT 2V84,2V85 | 1290-000 | -4,000.00 | | 0.00 |
| 01/23/17 | {12} | NORTHERN GRUB LLC | SETTLEMENT OF ESTATES INTEREST IN THE 4 VEHICLES | 1129-000 | 35,000.00 | | 35,000.00 |
| 04/09/19 | | To Account #******3866 | TRANSFER OF FUNDS | 9999-000 | | 35,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **43,000.00** | **43,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 43,000.00 | |
| | | | **Subtotal** | | **43,000.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,000.00** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3868 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/05/17 | {5} | MARBLEGATE SPECIAL | Deposit on sale of Medallion | 1129-000 | 1,155,750.00 | | 1,155,750.00 |
| 09/20/17 | {5} | MARBLEGATE SPECIAL | REMAINING DEPOSIT ON SALE OF MEDALLIONS AND BUYERS PREMIUM | 1129-000 | 641,010.00 | | 1,796,760.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,606.66 | 1,795,153.34 |
| 01/17/18 | | DEPALMA DISPATCH | SALE OF MEDALLIONS | | 7,272,600.00 | | 9,067,753.34 |
| | {15} | | BUYERS PREMIUM- TO   513,360.00 BE PAID TO AUCTIONEER UPON ORDER OF THE COURT | 1229-000 | | | 9,067,753.34 |
| | {5} | | SALE PROCEEDS-   6,759,240.00 SALE OF MEDALLIONS | 1129-000 | | | 9,067,753.34 |
| 01/19/18 | 101 {5} | MILKWAY CAB CORP | TRANSFER OF SALE PROCEEDS MEDALLIONS # 7P37, 7P38,7P39 | 1129-000 | -558,000.00 | | 8,509,753.34 |
| 01/19/18 | 102 {5} | ICEBERG TAXI, INC. | TRANSFER OF SALE PROCEEDS MEDALLIONS 2L29, 2L30 | 1129-000 | -372,000.00 | | 8,137,753.34 |
| 01/19/18 | 103 {5} | CANDY APPLE TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 6V13, 6V14 | 1129-000 | -372,000.00 | | 7,765,753.34 |
| 01/19/18 | 104 {5} | VODKA TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 9V40,9V41 | 1129-000 | -372,000.00 | | 7,393,753.34 |
| 01/19/18 | 105 {5} | CUPCAKE TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 6V11,6V12 | 1129-000 | -372,000.00 | | 7,021,753.34 |
| 01/19/18 | 106 {5} | BUTTERFLY TAXI LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 9K36,9K37 | 1129-000 | -372,000.00 | | 6,649,753.34 |
| 01/19/18 | 107 {5} | CHIANTI TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 2L45,2L46 | 1129-000 | -372,000.00 | | 6,277,753.34 |
| 01/19/18 | 108 {5} | PUDDING TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 6V25,6V26 | 1129-000 | -372,000.00 | | 5,905,753.34 |
| 01/19/18 | 109 {5} | VSOP TAXI INC. | TRANSFER OF SALE PROCEEDS MEDALLIONS 2V82,2V83 | 1129-000 | -372,000.00 | | 5,533,753.34 |
| 01/19/18 | 110 {5} | DORIT TRANSIT INC. | TRANSFER OF SALE PROCEEDS MEDALLIONS 9L48,9L49 | 1129-000 | -372,000.00 | | 5,161,753.34 |
| 01/19/18 | 111 {5} | POINTER TAXI, INC | TRANSFER OF SALE PROCEEDS MEDALLIONS 8P16, 8P17 | 1129-000 | -372,000.00 | | 4,789,753.34 |
| 01/19/18 | 112 {5} | CHOPARD TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 7P48, 7P49, 7P50 | 1129-000 | -558,000.00 | | 4,231,753.34 |
| 01/19/18 | 113 {5} | STOLI TAXI, INC. | TRANSFER OF SALE PROCEEDS MEDALLIONS 2V44, 2V45 | 1129-000 | -372,000.00 | | 3,859,753.34 |
| 01/19/18 | 114 {5} | PALERMO TAXI, INC. | TRANSFER OF SALE PROCEEDS | 1129-000 | -372,000.00 | | 3,487,753.34 |
| | | | | Subtotals : | $3,489,360.00 | $1,606.66 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3868 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | MEDALLIONS 4N74, 4N75 | | | | |
| 01/19/18 | 115 {5} | MARSEILLE TAXI LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 9V90, 9V91 | 1129-000 | -372,000.00 | | 3,115,753.34 |
| 01/19/18 | 116 {5} | BOMBSHELL TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 9J91, 9J92 | 1129-000 | -372,000.00 | | 2,743,753.34 |
| 01/19/18 | 117 {5} | PINOT NOIR TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 6G58, 6G60 | 1129-000 | -372,000.00 | | 2,371,753.34 |
| 01/19/18 | 118 {5} | MERLOT TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 2P21, 2P22 | 1129-000 | -372,000.00 | | 1,999,753.34 |
| 01/19/18 | 119 {5} | BOURBON TAXI LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 2J62, 2J63 | 1129-000 | -372,000.00 | | 1,627,753.34 |
| 01/19/18 | 120 {5} | FRANCE TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 9V96,  9V97 | 1129-000 | -372,000.00 | | 1,255,753.34 |
| 01/19/18 | 121 {5} | HENNESSEY TAXI, LLC | TRANSFER OF SALE PROCEEDS MEDALLIONS 2V84, 2V85 | 1129-000 | -372,000.00 | | 883,753.34 |
| 01/23/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,606.66 | 885,360.00 |
| 02/01/18 | 122 | CITIBANK N.A. | DISTRIBUTION TO SECURED CREDITOR | 4110-000 | | 352,980.05 | 532,379.95 |
| 02/01/18 | 123 | NYS DEPT OF TAXATION AND FINANCE | PAYMENT OF TAX CLAIM | 4110-000 | | 442.05 | 531,937.90 |
| 03/13/18 | 124 | NYS CORPORATION TAX | CT-5.4 EIN# 26-1886632 2017 | 2820-000 | | 200.00 | 531,737.90 |
| 03/13/18 | 125 | NYC DEPARTMENT OF FINANCE | NYC - EXT EIN# 26-1886632 2017 | 2820-000 | | 200.00 | 531,537.90 |
| 02/18/19 | 126 {15} | MILKYWAY CAB COMPANY | ALLOCATION OF BUYERS PREMIUM TO ESTATE MEDALLION # 7P37,38,39 | 1229-000 | -33,480.00 | | 498,057.90 |
| 02/18/19 | 127 {15} | ICEBERG TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 2L29,2L30 | 1229-000 | -22,320.00 | | 475,737.90 |
| 02/18/19 | 128 {15} | CANDY APPLE TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 6V13,6314 | 1229-000 | -22,320.00 | | 453,417.90 |
| 02/18/19 | 129 {15} | VODKA TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 9V40,9V41 | 1229-000 | -22,320.00 | | 431,097.90 |
| 02/18/19 | 130 {15} | CUPCAKE TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 6V11,6V12 | 1229-000 | -22,320.00 | | 408,777.90 |
| 02/18/19 | 131 {15} | BUTTERFLY TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLIONS NO. 9K36,9K37 | 1229-000 | -22,320.00 | | 386,457.90 |
| 02/18/19 | 132 {15} | CHIANTI TAXI LLC | ALLOCATION OF BOND PREMIUM MEDALLIONS 2L45,2L46 | 1229-000 | -22,320.00 | | 364,137.90 |
| 02/18/19 | 133 {15} | PUDDING TAXING LLC | ALLOCATION OF BUYER PREMIUM MEDALLION 6V25,6V26 | 1229-000 | -22,320.00 | | 341,817.90 |

Subtotals :         $-2,793,720.00         $352,215.44

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3868 - Checking Account  
**Blanket Bond:** $69,289,805.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/18/19 | 134 {15} | VSOP TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 2V82,2V83 | 1229-000 | -22,320.00 | | 319,497.90 |
| 02/18/19 | 135 {15} | DORIT TRANSIT INC. | ALLOCATION OF BUYERS PREMIUM MEDALLION 9L48,9L49 | 1229-000 | -22,320.00 | | 297,177.90 |
| 02/18/19 | 136 {15} | POINTER TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLION 8P16,8P17 | 1229-000 | -22,320.00 | | 274,857.90 |
| 02/18/19 | 137 {15} | CHOPARD TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 7P48,7P49,7P50 | 1229-000 | -33,480.00 | | 241,377.90 |
| 02/18/19 | 138 {15} | PALERMO TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLION 2V44, 2V45 | 1229-000 | -22,320.00 | | 219,057.90 |
| 02/18/19 | 139 {15} | STOLI TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLION 4N74,4N75 | 1229-000 | -22,320.00 | | 196,737.90 |
| 02/18/19 | 140 {15} | MARSEILLE TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLION 9V90, 9V91 | 1229-000 | -22,320.00 | | 174,417.90 |
| 02/18/19 | 141 {15} | BOMBSHELL TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 9J91, 9J92 | 1229-000 | -22,320.00 | | 152,097.90 |
| 02/18/19 | 142 {15} | PINOT NOIR TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLIONS 6G58,6G60 | 1229-000 | -22,320.00 | | 129,777.90 |
| 02/18/19 | 143 {15} | MERLOT TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLION 2P21, 2P22 | 1229-000 | -22,320.00 | | 107,457.90 |
| 02/18/19 | 144 {15} | BOURBON TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLION 2J62,2J63 | 1229-000 | -22,320.00 | | 85,137.90 |
| 02/18/19 | 145 {15} | FRANCE TAXI LLC | ALLOCATION OF BUYERS PREMIUM MEDALLION 9V96,9V97 | 1229-000 | -22,320.00 | | 62,817.90 |
| 02/18/19 | 146 {15} | HENNESSEY TAXI INC. | ALLOCATION OF BUYERS PREMIUM MEDALLION 2V84, 2V85 | 1229-000 | -22,320.00 | | 40,497.90 |
| 04/09/19 | | To Account #******3866 | TRANSFER OF FUNDS | 9999-000 | | 40,497.90 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **394,320.00** | **394,320.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 40,497.90 | |
| | | | **Subtotal** | | **394,320.00** | **353,822.10** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$394,320.00** | **$353,822.10** | |

{} Asset reference(s)    Printed: 10/09/2019 07:46 AM    V.14.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 11

**Case Number:** 1-15-43300-CEC  
**Case Name:** HYPNOTIC TAXI LLC  

**Taxpayer ID #:** **-***6632  
**Period Ending:** 10/09/19  

**Trustee:** GREGORY M. MESSER, TRUSTEE (520670)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3868 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   431,268.84  
―――――――  
Net Estate :   $431,268.84

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3866 | -6,051.16 | 77,446.74 | 0.00 |
| Checking # ******3867 | 43,000.00 | 0.00 | 0.00 |
| Checking # ******3868 | 394,320.00 | 353,822.10 | 0.00 |
| | $431,268.84 | $431,268.84 | $0.00 |

{} Asset reference(s)

Printed: 10/09/2019 07:46 AM     V.14.56